Alan Gura (Calif. Bar No. 178221)
Gura & Possessky, PLLC
101 N. Columbus St., Suite 405
Alexandria, VA 22314
703.835.9085/Fax 703.997.7665

Donald E.J. Kilmer, Jr. (Calif. Bar No. 179986)
Law Offices of Donald Kilmer, A.P.C.
1645 Willow Street, Suite 150
San Jose, CA 95125
408.264.8489/Fax 408.264.8487

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| Deanna Sykes, et al., | ) | Case No. |
| --- | --- | --- |
| Plaintiffs, | ) | NOTICE OF CLAIM OF UNCONSTITUTIONALITY |
| v. | ) | [L.R. 24-132(b)] |
| John McGinness, et al. | ) | |
| Defendants. | ) | |

NOTICE OF CLAIM OF UNCONSTITUTIONALITY

COME NOW the Plaintiffs, Deanna Sykes, Andrew Witham, Adam Richards, Second Amendment Foundation, Inc. ("SAF"), and The Calguns Foundation, Inc. ("CGF"), by and through undersigned counsel, and pursuant to Local Rule 24-132 provide notice that this action questions the constitutionality of California Penal Code § 12050, to the extent that provision requires applicants for permits to carry handguns to demonstrate their moral character and good cause for seeking the permit.

Plaintiffs claim that they enjoy a fundamental constitutional right under the Second and Fourteenth Amendments to carry arms. Although Plaintiffs concede that the right may be regulated in certain respects in the interests of public safety, it cannot be either completely abolished, nor can a license to exercise that right be conditioned on applicants' moral character and good cause. Constitutional rights do not depend on the government's determination that individuals are of sufficient moral character, or truly have good cause to desire exercise of the

1  right. Penal Code § 12050's moral character and good cause requirements are therefore

2  unconstitutional on their face or as applied to Plaintiffs.

3         Dated: May 5, 2009       Respectfully submitted,

4  Donald E.J. Kilmer, Jr. (Calif. Bar No. 179986)   Alan Gura (Calif. Bar No. 178221)
   Law Offices of Donald Kilmer, A.P.C.   Gura & Possessky, PLLC
5  1645 Willow Street, Suite 150   101 N. Columbus St., Suite 405
   San Jose, CA 95125   Alexandria, VA 22314
6  408.264.8489/Fax 408.264.8487   703.835.9085/Fax 703.997.7665
   E-Mail: Don@DKLawOffice.com

7         By:   /s/ Alan Gura
8                 Alan Gura

9                 Attorneys for Plaintiffs