UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DAVID K. MEHL, et al.,          No. 2:03-cv-02682-MCE-KJM

    Plaintiffs,

  v.                              **NON RELATED CASE ORDER**

LOUIE BLANAS, et al.,

    Defendants.
_____/

JAMES ROTHERY, et al.,          No. 2:08-cv-02064-JAM-KJM

    Plaintiffs,

  v.

COUNTY OF SACRAMENTO, et al.,

    Defendants.
_____/

DEANNA SYKES, et al.,           No. 2:09-cv-01235-MCE-KJM

    Plaintiffs,

  v.

JOHN McGINNESS, et al.,

    Defendants.
_____/

///

1

1  The Court has received the Notice of Related Cases
2  concerning the above-captioned cases filed May 5, 2009.  See
3  Local Rule 83-123, E.D. Cal. (1997).  The Court has determined,
4  however, that it is inappropriate to relate or reassign the
5  cases, and therefore declines to do so.  This Order is issued for
6  informational purposes only, and shall have no effect on the
7  status of the cases, including any previous Related (or Non-
8  Related) Case Order of this Court.
9  IT IS SO ORDERED.

Dated: May 11, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE