**LAW OFFICES**
**OF**
**GARY W. GORSKI**
**8459 NEPHI WAY**
**FAIR OAKS, CA 95628**
**(916) 965-6800**
**(916) 965-6801 FAX**

**LAW OFFICE OF DANIEL M KARALASH**
TELEPHONE: (916) 787-1234
FACSIMILE: (916) 787-0267
DMKARALASH@SUREWEST.NET

GARY W. GORSKI
SBN: 166526
DANIEL M. KARALASH
SBN 176422
Attorneys for interested party Plaintiffs DAVID K. MEHL;
LOK T. LAU; JAMES ROTHERY, Esq.;
ANDREA HOFFMAN in
*Rothery v. Blanas*, 08-CV-2064-JAM-KJM
and
*Mehl v. Blanas*, 03-CV-2682-MCE-KJM

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

-ooOoo-

| | |
|---|---|
| DEANNA SYKES; et al.<br><br>Plaintiffs,<br><br>vs.<br><br>JOHN MCGINNESS; et al.<br><br>Defendants. | CASE NO.: 2:09-cv-01235-MCE-KJM<br><br>**NOTICE OF *OBJECTION* TO RELATED CASE FILING BY ATTORNEY ALAN GURA IN THE CASES OF *Rothery v. Blanas*, 08-CV-2064-JAM-KJM and *Mehl v. Blanas*, 03-CV-2682-MCE-KJM** |

**PLEASE TAKE NOTICE THAT** interested parties DAVID K. MEHL, LOK T. LAU; JAMES ROTHERY, Esq., ANDREA HOFFMAN, who are Plaintiffs in *Rothery v. Blanas*, 08-CV-2064-JAM-KJM and *Mehl v. Blanas*, 03-CV-2682-MCE-KJM s object to the NOTICE OF RELATED CASES filed by attorney Alan Gura in the cases of *Rothery v. Blanas*, 08-CV-2064-JAM-KJM and *Mehl v. Blanas*, 03-CV-2682-MCE-KJM on the following grounds:

1. His filings lack a case number.
2. Plaintiff *Sykes* last filed a CCW application in 2004, which was rejected, and her claim is barred by the statute of limitations, and she never claimed her sexual orientation in her application as being grounds for "good cause" criteria, though that

is one of the claims in her pleadings.

3. Unlike the Plaintiffs in *Rothery v. Blanas*, 08-CV-2064-JAM-KJM and *Mehl v. Blanas*, 03-CV-2682-MCE-KJM, the other two remaining Plaintiffs in *Sykes* NEVER submitted CCW applications, and therefore lack standing to bring the action. See *Madsen v. Boise State Univ.*, 976 F.2d 1219 (9th Cir. 1992).

4. Attorney Gura's filings are without merit and should be sanctioned under Rule 11(1) & (3) as the NOTICE OF RELATED CASES was being presented for an improper purpose, to harass, cause unnecessary delay, and needlessly increase the cost of litigation; in addition to lacking any factual nexus or basis for making such a filing.

DATED: May 12, 2009 LAW OFFICES OF GARY GORSKI

By /s/ Gary W. Gorski
Gary Gorski
Attorney for Plaintiffs