J. SCOTT SMITH, ESQ., SBN 151163
**ANGELO, KILDAY & KILDUFF**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendants
YOLO COUNTY and SHERIFF ED PRIETO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANNA SYKES, et al.,<br><br>            Plaintiff,<br><br>     vs.<br><br>JOHN MCGINNESS, et al.,<br><br>            Defendants. | Case No.: 2:09-CV-01235-MCE-KJM<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND; ORDER** |

WHEREAS, the Plaintiffs in the above entitled case have served their First Amended Complaint on Sheriff Ed Prieto, acting in his official capacity as Sheriff for the County of Yolo; and,

WHEREAS, due to the existing fiscal crisis within the State of California and its effect on local municipalities, the County of Yolo has yet to determine who will be defending it in this matter;

IT IS HEREBY AGREED AND STIPULATED as follows:

　　　　1.　　The time of Sheriff Ed Prieto and the County of Yolo to respond to the First Amended Complaint is hereby extended to July 15, 2009.

/ / /

/ / /

**IT IS SO STIPULATED**

Dated: June 26, 2009                                    ANGELO, KILDAY & KILDUFF

                                                                                    /s/ J. Scott Smith
                                                                        By:_____

Dated: June 26, 2009                                    LAW OFFICES OF DONALD KILMER

                                                                                    /s/ Donald E.J. Kilmer, Jr.
                                                                        By:_____

**IT IS SO ORDERED.**  The time for Sheriff Ed Prieto and the County of Yolo to respond to Plaintiff's First Amended Complaint on file herein is hereby extended to and including July 15, 2009.

Dated: July 14, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE