Alan Gura (Calif. Bar No. 178221)
Gura & Possessky, PLLC
101 N. Columbus St., Suite 405
Alexandria, VA 22314
703.835.9085/Fax 703.997.7665

Donald E.J. Kilmer, Jr. (Calif. Bar No. 179986)
Law Offices of Donald Kilmer, A.P.C.
1645 Willow Street, Suite 150
San Jose, CA 95125
408.264.8489/Fax 408.264.8487

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| Deanna Sykes, Andrew Witham, Adam Richards, Second Amendment Foundation, Inc., and The Calguns Foundation, Inc., | ) ) ) ) ) | Case No.  2:09-CV-01235-MCE-KJM |
|---|---|---|
| Plaintiffs, | ) ) | CERTIFICATE OF SERVICE |
| v. | ) ) | |
| John McGinness, County of Sacramento, Ed Prieto, and County of Yolo, | ) ) ) | |
| Defendants. | ) | |

I certify that a copy of the Amended Complaint and Notice of Unconstitutionality was served on July 22, 2009

(XX) by certified U.S. mail, return receipt requested addressed to:

Office of the Attorney General
1300 "I" Street
P.O. Box 944255
Sacramento, CA 94244-2550

(XX) by e-mail to Anthony.Hakl@doj.ca.gov at 12:15 p.m.

_____/s/_____
Donald E.J. Kilmer, Jr. (Calif. Bar No. 179986)
Attorney for Plaintiffs