Alan Gura (Calif. Bar No. 178221)
Gura & Possessky, PLLC
101 N. Columbus St., Suite 405
Alexandria, VA 22314
703.835.9085/Fax 703.997.7665

Donald E.J. Kilmer, Jr. (Calif. Bar No. 179986)
Law Offices of Donald Kilmer, A.P.C.
1645 Willow Street, Suite 150
San Jose, CA 95125
408.264.8489/Fax 408.264.8487

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| Deanna Sykes, et al., | ) | Case No. 2:09-cv-01235-MCE-KJM |
|---|---|---|
| Plaintiffs, | ) | NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT [Fed. R. Civ. Proc. 56] |
| v. | ) | |
| John McGinness, et al., | ) | Date: Sept. 24, 2009 |
| Defendants. | ) | Time: 2:00 p.m.<br>Dept: 7, 14th Floor<br>Judge: Morrison C. England, Jr.<br>Trial Date: None<br>Action Filed: May 5, 2009 |

TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on Thursday, September 24, 2009, at 2:00 p.m. or as soon thereafter as the matter may be heard, in Courtroom 7 of the United State District Court for the Eastern California, 501 I Street, Sacramento, California 95814 Plaintiffs Deanna Sykes, Andrew Witham, Adam Richards, Second Amendment Foundation, Inc. and The Calguns Foundation, Inc., by and through undersigned counsel, will move this Honorable Court to enter a summary judgment in their favor and against Defendants pursuant to Fed. R. Civ. Proc. 56.

Plaintiffs move for entry of summary judgment on all claims as the material facts in this case are not in dispute, and Defendants' challenged policies violate Plaintiffs' rights under the Second and Fourteenth Amendments to the United States Constitution.

1   This motion is based upon this notice of motion and motion, the attached memorandum of
2   points and authorities, exhibits, declarations, separate statement of undisputed facts, any material
3   in the Court's files, and any other relevant matter to be considered by the Court.

4   Dated: August 6, 2009                    Respectfully submitted,

5   Donald E.J. Kilmer, Jr. (Calif. Bar No. 179986)     Alan Gura (Calif. Bar No. 178221)
    Law Offices of Donald Kilmer, A.P.C.              Gura & Possessky, PLLC
6   1645 Willow Street, Suite 150                     101 N. Columbus St., Suite 405
    San Jose, CA 95125                                Alexandria, VA 22314
7   408.264.8489/Fax 408.264.8487                     703.835.9085/Fax 703.997.7665
    E-Mail: Don@DKLawOffice.com

    By:  /s/Donald E.J. Kilmer, Jr./          By:  /s/Alan Gura/
9        Donald E.J. Kilmer, Jr.                   Alan Gura

10                                                Attorneys for Plaintiffs
                                                  Attorneys for Plaintiffs