Alan Gura (Calif. Bar No. 178221)
Gura & Possessky, PLLC
101 N. Columbus St., Suite 405
Alexandria, VA 22314
703.835.9085/Fax 703.997.7665

Donald E.J. Kilmer, Jr. (Calif. Bar No. 179986)
Law Offices of Donald Kilmer, A.P.C.
1645 Willow Street, Suite 150
San Jose, CA 95125
408.264.8489/Fax 408.264.8487

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Deanna Sykes, et al., | Case No. 2:09-CV-01235-MCE-KJM |
| Plaintiffs, | PLAINTIFF DEANNA SYKES'S DECLARATION IN SUPPOR |
| v. | OF SUMMARY JUDGMENT |
| John McGinness, et al., | Fed. R. Civ. Proc. 56 |
| Defendants. | |

I, Deanna Sykes, am competent to state, and declare the following based on my personal knowledge:

1. I am a law abiding resident of Sacramento County.

2. I am authorized and qualified under Federal and State law to purchase and possess firearms.

3. I want to exercise my Second Amendment right to carry a handgun for personal protection.

4. I fear victimization, and I desire to carry a firearm, but I have not been specifically threatened nor have I been previously victimized by violent crime.

5. I applied for a handgun carry permit from Defendant McGinness's predecessor in Sacramento County but my request was denied.

6. I have read the written policy of Defendant McGinness that "[t]he mere fear of

1  victimization, or desire to carry a firearm, shall be insufficient" "good cause" to issue a
2  gun carry permit, and it is my understanding that I could lack "good cause" to obtain a
3  permit to carry a handgun as that term is defined and implemented by Defendants
4  McGinness and Sacramento County.
5  7.  I fear arrest, prosecution, fine and imprisonment if I were to carry a handgun without a
6  permit. But for the lack of a handgun carry permit and fear of prosecution, I would carry
7  a handgun in public for self-defense.
8  I declare under penalty of perjury that the foregoing is true and correct.
9  Executed this 4th day of August, 2009
10  
11                                                                Deanna Sykes