1  Alan Gura (Calif. Bar No. 178221)
Gura & Possessky, PLLC
2  101 N. Columbus St., Suite 405
Alexandria, VA 22314
3  703.835.9085/Fax 703.997.7665

4  Donald E.J. Kilmer, Jr. (Calif. Bar No. 179986)
Law Offices of Donald Kilmer, A.P.C.
5  1645 Willow Street, Suite 150
San Jose, CA 95125
6  408.264.8489/Fax 408.264.8487

7

8                  IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10  Deanna Sykes, et al.,                    )  Case No.  2:09-CV-01235-MCE-KJM
                                             )
11            Plaintiffs,                     )  **DECLARATION OF GENE**
                                             )  **HOFFMAN, JR., CHAIRMAN OF**
12            v.                              )  **THE CALGUNS FOUNDATION,**
                                             )  **INC., IN SUPPORT OF MOTION**
13  John McGinness, et al.,                  )  **FOR SUMMARY JUDGMENT**
                                             )
14            Defendants.                     )  Fed. R. Civ. Pro. 56
                                             )

15

16        I, Gene Hoffman, Jr., Chairman of the CALGUNS Foundation, Inc., am competent to

17  state, and declare the following based on my personal knowledge:

18  1.    The Calguns Foundation, Inc. (CGF) is a non-profit organization incorporated under the

19        laws of California with its principal place of business in Redwood City, California.

20  2.    The purposes of CGF include supporting the California firearms community by

21        promoting education for all stakeholders about California and federal firearm laws, rights

22        and privileges, and defending and protecting the civil rights of California gun owners,

23        who are among its members and supporters.

24  3.    CGF expends its resources advising and educating its members, supporters, and the

25        general public about the varying policies with respect to the public carrying of handguns

26        in California, including in Sacramento and Yolo Counties. The issues raised by, and

27        consequences of, Defendants' policies, are of great interest to CGF members. Defendants'

28        policies regularly cause the expenditure of resources by CGF as people turn to these

1      organizations for advice and information.

2   4.      The policies of the Defendants bar the members and supporters of CGF from obtaining

3      permits to carry handguns in public.

4   5.      CGF promotes the exercise of Second Amendment rights.

5      I declare under penalty of perjury that the foregoing is true and correct.

6      Executed this 4th day of August, 2009

7

8               _____

9               Gene Hoffman, Jr.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28