Alan Gura (Calif. Bar No. 178221)
Gura & Possessky, PLLC
101 N. Columbus St., Suite 405
Alexandria, VA 22314
703.835.9085/Fax 703.997.7665

Donald E.J. Kilmer, Jr. (Calif. Bar No. 179986)
Law Offices of Donald Kilmer, A.P.C.
1645 Willow Street, Suite 150
San Jose, CA 95125
408.264.8489/Fax 408.264.8487

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| Deanna Sykes, et al., | Case No. 2:09-CV-01235-MCE-KJM |
|---|---|
| Plaintiffs, | **PLAINTIFF ADAM RICHARDS'S DECLARATION IN SUPPORT OF SUMMARY JUDGMENT** |
| v. | |
| John McGinness, et al., | Fed. R. Civ. Proc. 56 |
| Defendants. | |

I, Adam Richards, am competent to state, and declare the following based on my personal knowledge:

1. I am a law abiding resident of Yolo County.

2. I am authorized and qualified under Federal and State law to purchase and possess firearms.

3. In March, 2009, I contacted Defendant Prieto's office to inquire about the process for obtaining a permit to carry a handgun. Defendant Prieto's office advised me that the desire to have a gun available for self-defense would not constitute "good cause" for the issuance of the permit, and that I should not apply because doing so would be a futile act.

4. I was further advised that as a matter of policy, my application would also not be considered unless I first applied to the Chief of Police in the City of Davis, where I reside.

5. I subsequently applied to Davis Police Chief Lanny Black for a permit to carry a handgun.

1. On April 1, 2009, Police Chief Black denied my application for a handgun carry permit, stating that for budgetary reasons his department no longer processes handgun carry permit applications, and suggested that I seek a permit from Sheriff Prieto.

6. I want to exercise my Second Amendment right to carry a handgun for personal protection.

7. I want a handgun carry permit so that I can protect myself and my family. However, I received no threats of violence and I am unaware of any specific threat to me or my family.

8. I have read Defendant Prieto's written policy declaring that "self-protection and protection of family (without credible threats of violence)" is among "examples of invalid reasons to request a permit," – this is perfectly consistent with my experience in unsuccessfully seeking a permit to carry a handgun.

9. I have an understanding that I lack "good cause" to obtain a permit as that term is defined and implemented by Defendants Prieto and Yolo County.

10. I fear arrest, prosecution, fines and imprisonment were I to carry a handgun without a permit. But for the lack of a handgun carry permit and fear of prosecution, I would carry a handgun in public for self-defense.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 4th day of August, 2009

_____
Adam Richards