Alan Gura (Calif. Bar No. 178221)
Gura & Possessky, PLLC
101 N. Columbus St., Suite 405
Alexandria, VA 22314
703.835.9085/Fax 703.997.7665

Donald E.J. Kilmer, Jr. (Calif. Bar No. 179986)
Law Offices of Donald Kilmer, A.P.C.
1645 Willow Street, Suite 150
San Jose, CA 95125
408.264.8489/Fax 408.264.8487

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Deanna Sykes, et al., <br><br> Plaintiffs, <br><br> v. <br><br> John McGinness, et al., <br><br> Defendants. | Case No. 2:09-CV-01235-MCE-KJM <br><br> **DECLARATION OF PLAINTIFF ANDREW WITHAM IN SUPPORT MOTION FOR SUMMARY JUDGMENT** <br><br> Fed. R. Civ. Proc. 56 |

I, Andrew Witham, am competent to state, and declare the following based on my personal knowledge:

1. I am a law abiding resident of Sacramento County.

2. I am authorized and qualified under Federal and State law to purchase and possess firearms.

3. On December 10, 2006, I completed the basic course required to obtain a handgun carry permit in Shasta County, as well as the course of training required to obtain a permit to carry an exposed firearm from the California Bureau of Security and Investigative Services.

4. I re-qualified four times for the exposed handgun permit, which I currently possesses, along with a Private Investigator license.

5. My Private Investigator license, in conjunction with my Exposed Firearm Permit, allows me to carry an exposed, loaded handgun in California but only while I am engaged in the course and scope of my work as a private investigator.

6. In January, 2007, the Sheriff of Shasta County, where I lived and worked, issued me a two-year permit to carry a handgun.

7. On or about July, 2007, I relocated from Shasta to the City of Fairfield, in Solano County. As required by law, I notified the Sheriff of Shasta County of this move.

8. On or about July, 2008, I relocated from Solano County to Sacramento County, and again notified the Sheriff of Shasta County of this move. Within days, my permit to carry a handgun was revoked.

9. I contacted Defendant McGinness's office to inquire about the revocation of my permit to carry a handgun, and was advised that a handgun carry permit would have to be issued by Defendant McGinness.

10. I was further advised that an application for a handgun carry permit could not be made by individuals residing in Sacramento County for less than 12 months, in the absence of a letter attesting to the applicant's good character from the issuing authority of the applicant's previous gun permit.

11. As I had no such letter, I was refused an application form for a handgun carry permit.

12. I was advised that as a matter of policy, the Sheriff of Shasta County does not issue good character letters of the sort required by Defendant McGinness.

13. Although Defendant McGinness does not require that handgun permit applications complete the required training prior to making their applications, I was certified on December 16, 2008, in 24 hours of POST PC 832 Firearms Familiarization at the Sacramento Regional Public Safety Training Center. The course is approved for issuance of a handgun carry permit in Sacramento County.

14. I want to exercise my Second Amendment right to carry a handgun for personal protection.

15. I fear victimization, and I have a desire to carry a firearm, but I have not previously been victimized by violent crime. Although I was previously threatened, the threats subsided after I left Shasta County. I am unaware of any current, specific threats against me.

16. I have read Defendant McGinness's written policy that "[t]he mere fear of victimization, or desire to carry a firearm, shall be insufficient" "good cause" to issue a gun carry permit, and I have the understanding that I lack "good cause" to obtain a permit as that term is defined and implemented by Defendants McGinness and Sacramento County.

17. I fear arrest, prosecution, fine and imprisonment if I were to carry a concealed handgun without a permit. But for the lack of handgun carry permit and fear of prosecution, I would carry a concealed handgun in public for self-defense.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 5th day of August, 2009

_____
Andrew Witham