Alan Gura (Calif. Bar No. 178221)
Gura & Possessky, PLLC
101 N. Columbus St., Suite 405
Alexandria, VA 22314
703.835.9085/Fax 703.997.7665

Donald E.J. Kilmer, Jr. (Calif. Bar No. 179986)
Law Offices of Donald Kilmer, A.P.C.
1645 Willow Street, Suite 150
San Jose, CA 95125
408.264.8489/Fax 408.264.8487

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Deanna Sykes, et al., <br><br> Plaintiffs, <br><br> v. <br><br> John McGinness, et al., <br><br> Defendants. | Case No. 2:09-CV-01235-MCE-KJM <br><br> **DECLARATION OF ALAN GOTTLIEB, EXECUTIVE VICE PRESIDENT OF THE SECOND AMENDMENT FOUNDATION, INC. IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** <br><br> Fed. R. Civ. Pro. 56 |

I, Alan Gottlieb, Executive Vice President of the Second Amendment Foundation, Inc., am competent to state, and declare the following based on my personal knowledge:

1. Plaintiff Second Amendment Foundation, Inc. (SAF) is a non-profit membership organization incorporated under the laws of Washington with its principal place of business in Bellevue, Washington.

2. SAF has over 650,000 members and supporters nationwide, including California.

3. The purposes of SAF include education, research, publishing and legal action focusing on the Constitutional right to privately own and possess firearms, and the consequences of gun control.

4. SAF expends its resources advising and educating its members, supporters, and the general public about the varying policies with respect to the public carrying of handguns in California, including in Sacramento and Yolo Counties. The issues raised by, and consequences of, Defendants' policies, are of great interest to SAF members. Defendants'

1 policies regularly cause the expenditure of resources by SAF as people turn to this organization for advice and information.

5. The policies of the Defendants bar the members and supporters of SAF from obtaining permits to carry handguns in public.

6. SAF promotes the exercise of Second Amendment rights.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 4th day of August, 2009.

/s/ Alan M. Gottlieb
Alan Gottlieb