1 John A. Lavra, SBN 114533
2 Jeri L. Pappone, SBN 210104
Amanda L. Butts, SBN 253651
3 Longyear, O'Dea and Lavra, LLP
3620 American River Drive, Suite 230
4 Sacramento, Ca. 95864
Telephone: (916) 974-8500
5 Facsimile: (916) 974-8510

6
Attorneys for COUNTY OF SACRAMENTO
7 JOHN MCGINNESS

8

9 UNITED STATES DISTRICT COURT  EASTERN DISTRICT

10 OF CALIFORNIA SACRAMENTO DIVISION

11

| | |
|---|---|
| DEANNA SYKES, ANDREW WITHAM, ADAM RICHARDS, SECOND AMENDMENT FOUNDATION, INC., AND THE CALGUNS FOUNDATION, INC.<br><br>Plaintiffs<br><br>v.<br><br>JOHN MCGINNESS, COUNTY OF SACRAMENTO, ED PRIETO, AND COUNTY OF YOLO<br><br>Defendants. | **CASE NO.** 2:09-cv-01235-MCE-KJM<br><br>**DEFENDANTS McGINNESS AND COUNTY OF SACRAMENTO'S OBJECTIONS TO PRETRIAL SCHEDULING ORDER** |

22 DEFENDANTS JOHN McGINNESS and COUNTY OF SACRAMENTO, hereby object
23 to this Court's Pretrial Scheduling Order issued August 18, 2009, as follows:
24 Plaintiffs have filed and served a motion for summary judgment, scheduled for hearing
25 on September 24, 2009;
26
27 No discovery has been conducted thus far in this case;
28 Depending upon the determination of the summary judgment motion, Defendants may

**Page 1**

LONGYEAR, O'DEA & LAVRA, LLP
Attorneys at Law
3620 American River Drive, Suite 230
Sacramento, CA 95864-5923
Telephone (916) 974-8500 / Facsimile (916) 974-8510

need to conduct discovery after that motion is heard;

Defendants require at least 140 days for minimal discovery including written discovery and potential depositions. Because of the discovery cut-off date of January 11, 2009, at which time all disputes shall be resolved and any orders complied with, objecting defendants will not have the ability to propound discovery, receive responses, meet and confer with respect to any inadequate responses, file a properly noticed motion to compel, if necessary, have the motion heard, and any resulting orders complied with prior to the January 11 cut off date, between the time of the hearing on Plaintiff's motion for summary judgment, September 24, 2009, and the current discovery cut off date of January 11, 2009 (a period of only 109 days, including all the major holiday periods). Defendants calculate that from the time propounded discovery is served, until responses are received, meet and confer occurs, motion to compel, and orders thereafter complied with, requires at least a four to five month period.

Therefore, based upon the foregoing, Defendants McGinness and the County of Sacramento, object to the Pretrial Scheduling Order and request that the Court extend the discovery period from January 11, 2009 to at least **March 1, 2010**, along with the last date for dispositive motions to be heard extended to **June 3, 2010.**

Respectfully submitted,

Dated:  August 20, 2009          LONGYEAR, O'DEA AND LAVRA, LLP

*/s/ Jeri L. Pappone*
By: _____
John A. Lavra
Jeri L. Pappone
Amanda L. Butts
Attorneys for County of Sacramento and
John McGinness

**DEFENDANTS McGINNESS AND COUNTY OF SACRAMENTO'S OBJECTIONS TO PRETRIAL SCHEDULING ORDER**
**Page 2**