John A. Lavra, SBN 114533
Jeri L. Pappone, SBN 210104
Amanda L. Butts, SBN 253651
Longyear, O'Dea and Lavra, LLP
3620 American River Drive, Suite 230
Sacramento, Ca. 95864
Telephone: (916) 974-8500
Facsimile: (916) 974-8510

Attorneys for COUNTY OF SACRAMENTO
JOHN MCGINNESS

UNITED STATES DISTRICT COURT  EASTERN DISTRICT

OF CALIFORNIA SACRAMENTO DIVISION

| | |
|---|---|
| DEANNA SYKES, ANDREW WITHAM, ADAM RICHARDS, SECOND AMENDMENT FOUNDATION, INC., AND THE CALGUNS FOUNDATION, INC.<br><br>　　　　Plaintiffs<br><br>v.<br><br>JOHN MCGINNESS, COUNTY OF SACRAMENTO, ED PRIETO, AND COUNTY OF YOLO<br><br>　　　　Defendants. | **CASE NO.**  2:09-cv-01235-MCE-KJM<br><br>**Date: September 24, 2009**<br>**Time:  2:00 p.m.**<br>**Ctrm: 7**<br>**Judge:  Morrison C. England, Jr.**<br><br>**DEFENDANT JOHN McGINNESS AND COUNTY OF SACRAMENTO'S NOTICE OF MOTION AND MOTION TO CONTINUE OR SUSPEND HEARING ON PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**<br>FRCP 56(f) |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on September 24, 2009, at 2:00 p.m., or as soon thereafter as the matter may be heard, at 501 I Street, Sacramento, California, Courtroom 7, Defendants John McGinness and County of Sacramento will move for an order continuing or suspending the currently scheduled hearing date on Plaintiffs' Motion for Summary Judgment, pursuant to Federal Rule of Civil Procedure 56(f).  Defendants cannot properly respond to Plaintiffs' motion

for summary judgment by affidavits regarding facts essential to justify Defendants' opposition, and require time to conduct discovery in order to do so.

This motion is based upon this notice and motion, the memorandum of points and authorities filed in support thereof, the pleadings on file herein, the declaration of counsel, and any oral or other evidence which may be introduced at the time of the hearing on this motion.

Dated:  August 21, 2009			LONGYEAR, O'DEA AND LAVRA, LLP

					*/s/ Jeri L. Pappone*
				By:	_____
					John A. Lavra
					Jeri L. Pappone
					Amanda L. Butts
					Attorneys for County of Sacramento and
					John McGinness

LONGYEAR, O'DEA & LAVRA, LLP
Attorneys at Law
3620 American River Drive, Suite 230
Sacramento, CA 95864-5923
Telephone (916) 974-8500 / Facsimile (916) 974-8510

**DEFENDANTS' NOTICE OF MOTION AND MOTION TO CONTINUE
OR SUSPEND HEARING ON PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

**Page 2**