John A. Lavra, SBN 114533
Jeri L. Pappone, SBN 210104
Amanda L. Butts, SBN 253651
Longyear, O'Dea and Lavra, LLP
3620 American River Drive, Suite 230
Sacramento, Ca. 95864
Telephone: (916) 974-8500
Facsimile: (916) 974-8510

Attorneys for COUNTY OF SACRAMENTO
JOHN MCGINNESS

UNITED STATES DISTRICT COURT  EASTERN DISTRICT

OF CALIFORNIA SACRAMENTO DIVISION

| | |
|---|---|
| DEANNA SYKES, ANDREW WITHAM, ADAM RICHARDS, SECOND AMENDMENT FOUNDATION, INC., AND THE CALGUNS FOUNDATION, INC.<br><br>Plaintiffs<br><br>v.<br><br>JOHN MCGINNESS, COUNTY OF SACRAMENTO, ED PRIETO, AND COUNTY OF YOLO<br><br>Defendants. | CASE NO.  2:09-cv-01235-MCE-KJM<br><br>Date: September 24, 2009<br>Time: 2:00 p.m.<br>Ctrm: 7<br>Judge: Morrison C. England, Jr.<br><br>**DECLARATION OF JERI L. PAPPONE IN SUPPORT OF SACRAMENTO DEFENDANTS' MOTION TO CONTINUE HEARING ON MOTION FOR SUMMARY JUDGMENT**<br>FRCP 56(f) |

I, JERI L. PAPPONE, declare as follows:

1. I am an attorney licensed to practice law before all courts of the State of California, and am an associate in the law firm of Longyear, O'Dea and Lavra, LLP, counsel of record for defendants John McGinness and the County of Sacramento.

2. Defendants answered Plaintiffs' complaint on June 2, 2009; a joint status report by Sacramento Defendants and Plaintiffs was filed on July 8, 2009; Plaintiffs provided Rule 26 initial disclosures on July 10, 2009;  Yolo County Defendants answered on July 17, 2009;

Sacramento County Defendants provided Rule 26 initial disclosures on August 4, 2009; Yolo County defendants have not yet provided their Rule 26 initial disclosures.

3. Plaintiffs filed their motion for summary judgment on August 6, 2009, for hearing on September 24, 2009. The Court issued a PreTrial Scheduling Order on August 18, 2009, to which Sacramento County Defendants objected on August 20, 2009.

4. Defendants have not had the opportunity to conduct any discovery in this case. Plaintiffs contend that their motion for summary judgment is based upon law only and not factual issues can or should be disputed or are disputable.

5. I have met and conferred with Plaintiffs' counsel, Alan Gura, regarding the potential of postponing this motion in order that Sacramento Defendants could take the depositions of the individual plaintiffs and the principals of the group plaintiffs to determine standing issues. Plaintiffs' counsel was reluctant to agree to a continuance of the hearing date and contends that depositions are not necessary in this case.

6. Defendants do not concede that standing exists and request the opportunity to conduct discovery by way of the depositions above described, in order to make that determination or to develop facts to support or dispel any standing issues.

I declare that the foregoing is true and correct and is of my own personal knowledge, and that if called upon to testify thereto could and would competently do so.

EXECUTED this 21st day of August 2009, at Sacramento, California.

*/s/ Jeri L. Pappone*

JERI L. PAPPONE

**DECLARATION OF JERI L. PAPPONE IN SUPPORT OF MOTION AND MOTION TO CONTINUE OR SUSPEND HEARING ON PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

**Page 2**