Alan Gura (Calif. Bar No. 178221)
Gura & Possessky, PLLC
101 N. Columbus St., Suite 405
Alexandria, VA 22314
703.835.9085/Fax 703.997.7665

Donald E.J. Kilmer, Jr. (Calif. Bar No. 179986)
Law Offices of Donald Kilmer, A.P.C.
1645 Willow Street, Suite 150
San Jose, CA 95125
408.264.8489/Fax 408.264.8487

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Deanna Sykes, et al., ) | Case No. 2:09-cv-01235-MCE-KJM |
| ) | |
| Plaintiffs, ) | NOTICE OF POSSIBLE |
| ) | RELEVANT AUTHORITY |
| v. ) | |
| ) | |
| John McGinness, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

NOTICE OF POSSIBLE RELEVANT AUTHORITY

COME NOW Plaintiffs Deanna Sykes, Andrew Witham, Adam Richards, Calguns

Foundation, Inc. and Second Amendment Foundation, Inc., by and through counsel, and give

notice of two events within the past week that may be of interest to the Court in consideration of

the pending motion for summary judgment:

1.    *McDonald v. City of Chicago*, Supreme Court No. 08-1521;
      *NRA v. City of Chicago*, Supreme Court No. 08-1497

On August 19, 2009, the Clerk of the Supreme Court distributed for consideration at the

Court's September 29, 2009 conference two petitions for certiorari raising the question of

whether the Second Amendment is incorporated as against the states by operation of the Fourteenth Amendment. *McDonald* v. *City of Chicago*, No. 08-1521; *NRA* v. *City of Chicago*, No. 08-1497.  Plaintiffs' counsel Mr. Gura is counsel for the petitioners in *McDonald*.

It is not possible to know whether the Court would take any particular action, or even any action at all, on either of these petitions at its September 29 conference.

2.      <u>*Nordyke* v. *King*, Ninth Circuit No. 07-15763</u>

On August 21, 2009, the Ninth Circuit set *Nordyke* v. *King*, No. 07-15763 for re-hearing en banc in San Francisco, at 10:00 a.m. on September 24, 2009. One of the issues in the case is whether the Second Amendment is incorporated as against the states by operation of the Fourteenth Amendment.  Plaintiffs' counsel Mr. Kilmer is counsel for the appellants in *Nordyke*.

As *Nordyke* is set for a one-hour argument, counsel do not believe that there should be a problem in keeping the September 24 argument date and time in this action.

Although the Court may wish to await any possible guidance from the Ninth Circuit and/or Supreme Court with respect to the incorporation issue prior to deciding this case, counsel believe that argument in the matter could be constructive at this time given the case's posture. Additionally, Defendants Sacramento County and Sheriff McGinness have noticed a motion for September 24 seeking discovery pursuant to Fed. R. Civ. Proc. 56(f). Plaintiffs will be opposing this motion as it lacks merit. No issue in the Supreme Court and Ninth Circuit cases described above appears relevant to the Rule 56(f) motion.

Accordingly, Plaintiffs submit that notwithstanding the developments of the past week, the arguments on both motions set in this case for September 24 should proceed as scheduled.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

      Dated: August 24, 2009              Respectfully submitted,

Donald E.J. Kilmer, Jr. (Calif. Bar No. 179986)    Alan Gura (Calif. Bar No. 178221)
Law Offices of Donald Kilmer, A.P.C.           Gura & Possessky, PLLC
1645 Willow Street, Suite 150                  101 N. Columbus St., Suite 405
San Jose, CA 95125                          Alexandria, VA 22314
408.264.8489/Fax 408.264.8487            703.835.9085/Fax 703.997.7665
E-Mail: Don@DKLawOffice.com

By:  /s/Donald E.J. Kilmer, Jr./      By:   /s/Alan Gura/
         Donald E.J. Kilmer, Jr.              Alan Gura

                                                Attorneys for Plaintiffs