John A. Lavra, SBN 114533
Jeri L. Pappone, SBN 210104
Amanda L. Butts, SBN 253651
Longyear, O'Dea and Lavra, LLP
3620 American River Drive, Suite 230
Sacramento, Ca. 95864
Telephone: (916) 974-8500
Facsimile: (916) 974-8510

Attorneys for COUNTY OF SACRAMENTO
JOHN MCGINNESS

UNITED STATES DISTRICT COURT EASTERN DISTRICT

OF CALIFORNIA SACRAMENTO DIVISION

| | |
|---|---|
| DEANNA SYKES, ANDREW WITHAM, ADAM RICHARDS, SECOND AMENDMENT FOUNDATION, INC., AND THE CALGUNS FOUNDATION, INC.<br><br>Plaintiffs<br><br>v.<br><br>JOHN MCGINNESS, COUNTY OF SACRAMENTO, ED PRIETO, AND COUNTY OF YOLO<br><br>Defendants. | **CASE NO.** 2:09-cv-01235-MCE-KJM<br><br>**Date: September 24, 2009**<br>**Time: 2:00 p.m.**<br>**Ctrm: 7**<br>**Judge: Morrison C. England, Jr.**<br><br>***SUPPLEMENTAL*** **MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT OF DEFENDANT JOHN McGINNESS AND COUNTY OF SACRAMENTO'S MOTION TO CONTINUE OR SUSPEND HEARING ON PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**<br>FRCP 56(f) |

In addition to the bases cited in Defendants' initial moving papers for a continuance or suspension of the hearing on Plaintiff's motion for summary judgment, Defendants also request an opportunity to take the depositions of the individual Plaintiffs and the principals of the group plaintiffs in order to create evidence with which to respond to several of the "Undisputed Facts" presented by Plaintiffs in the motion for summary judgment.

For instance, individual Plaintiffs state as undisputed fact that they are law abiding citizens; that they are authorized and qualified to purchase and possess firearms; that they fear victimization; that they fear arrest, prosecution, fine and imprisonment if they were to carry a concealed weapon without a permit; and that they have concluded from the face of the web-site posted policy of the Sacramento County Sheriff's Department, that they do not qualify for a carry concealed weapon permit under that publicized policy. Defendants seek to depose the individual plaintiffs on these issues to determine the basis of their alleged "undisputed facts", what process each plaintiff has engaged in to the end of obtaining a carry concealed permit in Sacramento County.

The depositions of principals of the group defendants will be utilized to determine the alleged injury that those groups allege to have taken place by virtue of the Carry Concealed Weapons permit policy and practices of the County of Sacramento.

In addition, it is noteworthy that an en banc hearing on the case of *Nordyke v. King* in the Ninth Circuit is scheduled for September 24, 2009, the same date as the hearing on Plaintiffs' motion for summary judgment herein. The issue before the Ninth Circuit in *Nordyke* is whether the Second Amendment is incorporated against the states by and through the Fourteenth Amendment. It may be pertinent to this court's rulings on Plaintiffs' Second Amendment issues in this case, to have the Ninth Circuit's opinion on that issue prior to making substantive rulings in this case.

Therefore, Sacramento Defendants request that the hearing on Plaintiffs' motion for summary judgment be continued or suspended and opportunity be made for Defendants to depose Plaintiffs.

*SUPPLEMENTAL* **MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT OF DEFENDANT JOHN McGINNESS AND COUNTY OF SACRAMENTO'S MOTION TO CONTINUE OR SUSPEND HEARING ON PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

**Page 2**

Dated: August 24, 2009     LONGYEAR, O'DEA AND LAVRA, LLP

By: */s/ Jeri L. Pappone*
_____
Jeri L. Pappone
Attorneys for County of Sacramento and
John McGinness