John A. Lavra, SBN 114533
Jeri L. Pappone, SBN 210104
Amanda L. Butts, SBN 253651
Longyear, O'Dea and Lavra, LLP
3620 American River Drive, Suite 230
Sacramento, Ca. 95864
Telephone: (916) 974-8500
Facsimile: (916) 974-8510

Attorneys for COUNTY OF SACRAMENTO
JOHN MCGINNESS

UNITED STATES DISTRICT COURT  EASTERN DISTRICT

OF CALIFORNIA SACRAMENTO DIVISION

| | |
|---|---|
| DEANNA SYKES, ANDREW WITHAM, ADAM RICHARDS, SECOND AMENDMENT FOUNDATION, INC., AND THE CALGUNS FOUNDATION, INC.<br><br>Plaintiffs<br><br>v.<br><br>JOHN MCGINNESS, COUNTY OF SACRAMENTO, ED PRIETO, AND COUNTY OF YOLO<br><br>Defendants. | CASE NO.  2:09-cv-01235-MCE-KJM<br><br>Date: September 24, 2009<br>Time: 2:00 p.m.<br>Ctrm: 7<br>Judge:  Morrison C. England, Jr.<br><br>***APPLICATION FOR ORDER SHORTENING TIME FOR NOTICE AND HEARING*** ON DEFENDANTS' MOTION TO CONTINUE OR SUSPEND HEARING DATE ON PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT; **STIPULATION** OF PARTIES<br><br>LR 6-144(e) |

DEFENDANTS JOHN McGINNESS and COUNTY OF SACRAMENTO filed and served their to Motion Continue or Suspend Hearing on Plaintiffs' Motion for Summary Judgment pursuant to FRCP 56(f) on August 21, 2009, for hearing on September 24, 2009. September 24, 2009 is the same date as the scheduled hearing date on Plaintiffs' Motion for Summary Judgment.  According to the hearing schedule on Plaintiffs' motion for summary

judgment, Defendants' opposition, if any, to Plaintiffs' motion is due on or before September 4, 2009. Therefore, Defendants are requesting that the notice and hearing on their Rule 56(f) motion be shortened such that Defendants know whether or not their Rule 56(f) motion is granted or denied prior to the date their opposition to Plaintiffs' Motion for Summary Judgment is due, in order that the opposition can be prepared and filed, if necessary, by September 4th.

To the above end, Defendants have met and conferred with Plaintiffs' counsel, who have agreed to stipulate to shortened notice and hearing time for Defendants' Motion to Continue or Suspend Hearing on Plaintiffs' Motion for Summary Judgment. Counsel for defendants Ed Prieto and County of Yolo have also agreed to this application shortening time.

Plaintiffs' counsel have also suggested and represented that they would be willing to appear at hearing on Defendants' Rule 56(f) motion by way of telephonic appearance if this accommodates the parties and court in expediting this hearing.

Therefore, it is respectfully requested that Defendants' Motion to Continue or Suspend Hearing on Plaintiffs' Motion for Summary Judgment (FRCP 56(f)) (both motions being currently scheduled for hearing on September 24, 2009) be heard on shortened time, and preferably one of the following dates: Thursday, August 27, 2009 or Friday, August 28, 2009.

**IT IS SO STIPULATED:**

Dated: August 24, 2009        LONGYEAR, O'DEA AND LAVRA, LLP

                                  /s/ Jeri L. Pappone
By:_____
                              John A. Lavra
                              Jeri L. Pappone
                              Amanda L. Butts
                              Attorneys for County of Sacramento and
                              John McGinness

LONGYEAR, O'DEA & LAVRA, LLP
Attorneys at Law
3620 American River Drive, Suite 230
Sacramento, CA 95864-5923
Telephone (916) 974-8500 / Facsimile (916) 974-8510

**APPLICATION FOR ORDER SHORTENING TIME FOR NOTICE AND HEARING ON DEFENDANTS' MOTION TO CONTINUE OR SUSPEND HEARING DATE ON PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT; STIPULATION OF PARTIES**
**Page 2**

| | | |
|---|---|---|
| 1 | Dated: August 24, 2009 | ANGELO, KILDAY & KILDUFF |
| 2 | | /s/ J. Scott Smith |
| 3 | | By:_____ |
| | | J. Scott Smith |
| 4 | | Attorneys for Defendants |
| | | Ed Prieto and County of Yolo |

Dated: August 24, 2009        GURA & POSSESSKY
                              LAW OFFICES OF DONALD KILMER

                              /s/ Donald E.J. Kilmer, Jr.
                         By_____
                              Alan Gura
                              Donald E.J. Kilmer, Jr.
                              Attorneys for Plaintiffs

LONGYEAR, O'DEA & LAVRA, LLP
Attorneys at Law
3620 American River Drive, Suite 230
Sacramento, CA 95864-5923
Telephone (916) 974-8500 / Facsimile (916) 974-8510

**APPLICATION FOR ORDER SHORTENING TIME FOR NOTICE AND HEARING ON DEFENDANTS' MOTION TO CONTINUE OR SUSPEND HEARING DATE ON PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT; STIPULATION OF PARTIES**
**Page 3**