UNITED STATES DISTRICT COURT  EASTERN DISTRICT

OF CALIFORNIA SACRAMENTO DIVISION

| | |
|---|---|
| DEANNA SYKES, ANDREW WITHAM, ADAM RICHARDS, SECOND AMENDMENT FOUNDATION, INC., AND THE CALGUNS FOUNDATION, INC.<br><br>       Plaintiffs<br><br>v.<br><br>JOHN MCGINNESS, COUNTY OF SACRAMENTO, ED PRIETO, AND COUNTY OF YOLO<br><br>       Defendants.<br>_____ | **CASE NO.**  2:09-cv-01235-MCE-KJM<br><br>**[PROPOSED] ORDER ON APPLICATION SHORTENING TIME FOR NOTICE AND HEARING ON DEFENDANTS' MOTION TO CONTINUE OR SUSPEND HEARING DATE ON PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |

After reviewing the Application for Order Shortening Time for Notice and Hearing on Defendants' Motion to Continue or Suspend Hearing Date on Plaintiffs' Motion for Summary Judgment, and the Stipulation of the parties therefor, and good cause appearing therefore,

Defendants John McGinness and County of Sacramento's Motion to Continue or Suspend the Hearing Date on Plaintiffs' Motion for Summary Judgment will be heard on _____[date] at _____[time].  The filing of any response to the motion shall be filed by _____[date].

**[PROPOSED] ORDER ON APPLICATION SHORTENING TIME
FOR NOTICE AND HEARING ON DEFENDANTS' MOTION TO CONTINUE
OR SUSPEND HEARING DATE ON PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

1  IT IS SO ORDERED:

2

3  Dated:_____    _____
                                    THE HONORABLE MORRISON C. ENGLAND, JR.
4                                   United States District Court Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LONGYEAR, O'DEA & LAVRA, LLP
Attorneys at Law
3620 American River Drive, Suite 230
Sacramento, CA 95864-5923
Telephone (916) 974-8500 / Facsimile (916) 974-8510