UNITED STATES DISTRICT COURT  EASTERN DISTRICT

OF CALIFORNIA SACRAMENTO DIVISION

| | |
|---|---|
| DEANNA SYKES, ANDREW WITHAM, ADAM RICHARDS, SECOND AMENDMENT FOUNDATION, INC., AND THE CALGUNS FOUNDATION, INC.<br><br>    Plaintiffs<br><br>v.<br><br>JOHN MCGINNESS, COUNTY OF SACRAMENTO, ED PRIETO, AND COUNTY OF YOLO<br><br>    Defendants. | CASE NO.  2:09-cv-01235-MCE-KJM<br><br>**ORDER ON APPLICATION SHORTENING TIME FOR NOTICE AND HEARING ON DEFENDANTS' MOTION TO CONTINUE OR SUSPEND HEARING DATE ON PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |

After reviewing the Application for Order Shortening Time for Notice and Hearing on Defendants' Motion to Continue or Suspend Hearing Date on Plaintiffs' Motion for Summary Judgment, and the Stipulation of the parties therefor, and good cause appearing therefore, Defendants John McGinness and County of Sacramento's Motion to Continue or Suspend the Hearing Date on Plaintiffs' Motion for Summary Judgment will be heard on Thursday, August 27, 2009, at 2:00 p.m. in Courtroom 7.  Any response to Defendant's Motion shall be filed not later than Thursday, August 27, 2009, at 10:00 a.m.

Dated: August 26, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE