1  John A. Lavra, SBN 114533
2  Jeri L. Pappone, SBN 210104
   Amanda L. Butts, SBN 253651
3  Longyear, O'Dea and Lavra, LLP
   3620 American River Drive, Suite 230
4  Sacramento, Ca. 95864
   Telephone: (916) 974-8500
5  Facsimile: (916) 974-8510

6
7  Attorneys for COUNTY OF SACRAMENTO
   JOHN MCGINNESS

8
9             UNITED STATES DISTRICT COURT  EASTERN DISTRICT

10                OF CALIFORNIA SACRAMENTO DIVISION

11

12  DEANNA SYKES, ANDREW WITHAM,       )   CASE NO.  2:09-cv-01235-MCE-KJM
    ADAM RICHARDS, SECOND              )
13  AMENDMENT FOUNDATION, INC., AND    )   SACRAMENTO COUNTY
    THE CALGUNS FOUNDATION, INC.       )   DEFENDANTS' REQUEST FOR
14                                     )   SCHEDULING ORDER UPON
                                       )   RECEIPT OF NINTH CIRCUIT
15      Plaintiffs                     )   RULING ON *NORDYKE* CASE
                                       )
16  v.                                 )
                                       )
17                                     )
    JOHN MCGINNESS, COUNTY OF          )
18  SACRAMENTO, ED PRIETO, AND         )
    COUNTY OF YOLO                     )
19                                     )
                                       )
20      Defendants.                    )
    _____)

21

22      A stay has been imposed in this case in connection with awaiting the Ninth Circuit Court

23  of Appeals' ruling in the *Nordyke* case, which in turn is stayed awaiting the U.S. Supreme

24  Court's ruling in *McDonald v. City of Chicago*.

25      During this time period, Plaintiffs' counsel has informed counsel for the County of

26  Sacramento Defendants that on the same day that the ruling in *Nordyke* is issued, they will be re-

27

*Left margin (vertical text):* LONGYEAR, O'DEA & LAVRA, LLP  Attorneys at Law  3620 American River Drive, Suite 230  Sacramento, CA 95864-5923  Telephone (916) 974-8500 / Facsimile (916) 974-8510

1  filing their motion for summary judgment.  Defendants wish to take the depositions of four (4)

2  Plaintiffs prior to opposing the motion for summary judgment, at the time the new law has been

3  established.

4

5  Sacramento Defendants have determined that it is essential to the manner in which the

6  depositions of the four Plaintiffs are taken and the material issues to be covered, is in part

7  dependant upon the ultimate outcome of the *McDonald* and *Nordyke* cases.  Defendants' position

8  is that it is premature and futile to take these depositions prior to knowing what the Ninth Circuit

9  law will be with respect to the Second Amendment issues and the California statutes to the

10  Defendants' role in applying those statutes.

11

12  If Plaintiffs are permitted to re-file their motion for summary judgment on the date the

13  *Nordyke* decision is issued, Defendants will have only a 14-day period within which to not only

14  take the Plaintiffs' depositions, but to also oppose the motion itself.  Therefore, Sacramento

15  Defendants request that the court permit a sixty-day period within which to take the depositions

16  of Plaintiffs and the organizational plaintiffs' principals, prior to Plaintiffs being permitted to re-

17  file their motion for summary judgment.

18

19                          Respectfully submitted,

20  Dated: March 16, 2010              LONGYEAR, O'DEA AND LAVRA, LLP

21

22                          */s/ Jeri L. Pappone*
                        By:  _____
23                          John A. Lavra
                            Jeri L. Pappone
24                          Amanda L. Butts
                            Attorneys for County of Sacramento and
25                          John McGinness

26

27

LONGYEAR, O'DEA & LAVRA, LLP
Attorneys at Law
3620 American River Drive, Suite 230
Sacramento, CA 95864-5923
Telephone (916) 974-8500 / Facsimile (916) 974-8510