John A. Lavra, SBN 114533
Jeri L. Pappone, SBN 210104
Longyear, O'Dea and Lavra, LLP
3620 American River Drive, Suite 230
Sacramento, Ca. 95864
Telephone: (916) 974-8500
Fax No.: (916) 974-8510
Attorneys for COUNTY OF SACRAMENTO,
JOHN MCGINNESS

Alan Gura (Calif. Bar No. 178221)
Gura & Possessky, PLLC
101 N. Columbus St., Suite 405
Alexandria, VA 22314
703.835.9085
Fax 703.997.7665

Donald E.J. Kilmer, Jr. (Calif. Bar No. 179986)
Law Offices of Donald Kilmer, A..P.C.
1645 Willow Street, Suite 150
San Jose, CA 95125
408.264.8489
Fax 408.264.8487
Attorneys for PLAINTIFFS

Bruce Kilday, SBN  66415
Serena Sanders, SBN 264799
Angelo, Kilday & Kilduff
601 University Ave. Suite 150
Sacramento, CA 95825
(916) 564-6100
Fax: (916) 564-6263
Attorneys for Defendants YOLO COUNTY
and ED PRIETO

**UNITED STATES DISTRICT COURT  EASTERN DISTRICT**

**OF CALIFORNIA SACRAMENTO DIVISION**

*Stipulation for Dismissal; [Proposed Order]*
*Page:   1*

LONGYEAR, O'DEA & LAVRA, LLP
Attorneys at Law
3620 American River Drive, Suite 230
Sacramento, CA 95864-5923
Telephone (916) 974-8500 / Facsimile (916) 974-8510

| | |
|---|---|
| DEANNA SYKES, ANDREW WITHAM, ADAM RICHARDS, SECOND AMENDMENT FOUNDATION, INC., AND THE CALGUNS FOUNDATION, INC.<br><br>    Plaintiffs<br><br>v.<br><br>JOHN MCGINNESS, COUNTY OF SACRAMENTO, ED PRIETO, AND COUNTY OF YOLO<br><br>    Defendants. | CASE NO.  2:09-cv-01235-MCE-KJM<br><br>**STIPULATION FOR DISMISSAL; [PROPOSED ORDER]**<br><br>FRCP 41 |

The parties, by and through their respective counsel, hereby stipulate that this litigation shall be dismissed as to defendants COUNTY OF SACRAMENTO and SHERIFF JOHN McGINNESS only.  All other claims by Plaintiffs remain.  This dismissal includes all claims for relief and causes of action of any kind with respect to the COUNTY OF SACRAMENTO and JOHN McGINNESS, and the parties further stipulate that each party is to bear its own costs and attorneys' fees, if any.

Dated:  October 21, 2010    **LONGYEAR, O'DEA AND LAVRA, LLP**

                    */s/ Jeri L. Pappone*
                By:_____
                    JOHN  LAVRA
                    JERI PAPPONE
                    Attorneys for County of Sacramento
                     and John McGinness

Dated: October 21, 2010    **GURA & POSSESSKY, PLLC**

                By        */s/ Alan Gura*
                    ALAN GURA
                    Attorney for Plaintiffs

| | |
|---|---|
| Dated: October 21, 2010 | **LAW OFFICES OF DONALD KILMER, A..P.C.** |
| | By      */s/ Donald E.J. Kilmer, Jr.*<br>DONALD E.J. KILMER, JR.<br>Attorney for Plaintiffs |
| Dated: October 21, 2010 | **ANGELO, KILDAY & KILDUFF** |
| | By      */s/ Serena Sanders*<br>BRUCE KILDAY<br>SERENA SANDERS<br>Attorneys for Defendants Yolo County<br>and Ed Prieto |

**ORDER**

IT IS SO ORDERED.

Dated:_____           _____
                                MORRISON C. ENGLAND, JR.
                                UNITED STATES DISTRICT JUDGE

*Stipulation for Dismissal; [Proposed Order]*
*Page:   3*

LONGYEAR, O'DEA & LAVRA, LLP
Attorneys at Law
3620 American River Drive, Suite 230
Sacramento, CA 95864-5923
Telephone (916) 974-8500 / Facsimile (916) 974-8510