Alan Gura (Calif. Bar No. 178221)
Gura & Possessky, PLLC
101 N. Columbus St., Suite 405
Alexandria, VA 22314
703.835.9085/Fax 703.997.7665

Donald E.J. Kilmer, Jr. (Calif. Bar No. 179986)
Law Offices of Donald Kilmer, A.P.C.
1645 Willow Street, Suite 150
San Jose, CA 95125
408.264.8489/Fax 408.264.8487

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Adam Richards, et al., ) | Case No. 2:09-cv-01235-MCE-KJM |
| ) | |
| Plaintiffs, ) | MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO AMEND COMPLAINT |
| ) | |
| v. ) | [Fed. R. Civ. Proc. 15, 21] |
| ) | |
| Ed Prieto, et al., ) | Date: Dec. 16, 2010 |
| ) | Time: 2:00 p.m. |
| Defendants. ) | Dept: 7, 14th Floor |
| ) | Judge: Morrison C. England, Jr. |
| | Trial Date:   None |
| | Action Filed: May 5, 2009 |

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
MOTION TO AMEND COMPLAINT

PRELIMINARY STATEMENT

On May 5, 2009, Plaintiffs Deana Sykes, Andrew Witham, Second Amendment Foundation, Inc., and The Calguns Foundation, Inc., initiated this action against Defendants Sacramento and Yolo Counties and their respective Sheriffs, John McGinness and Ed Prieto. Plaintiffs challenged the constitutionality of California's "may issue" provision with respect to

permits to carry handguns for self-defense, facially and as-applied by Defendants. A First Amended Complaint, with technical improvements and corrections, was filed shortly thereafter.

The Court ordered that this action be held in abeyance for sixty days following the Supreme Court's decision in *McDonald* v. *City of Chicago*, 130 S. Ct. 3020 (2010), which was handed down on June 28, 2010. During this period, Plaintiffs and Defendants Sacramento County and McGinness were able to resolve their dispute. An appropriate stipulation of dismissal covering the dispute with the Sacramento defendants is filed separately.

However, the claims against Defendants Yolo County and Prieto by Plaintiffs Richards, Second Amendment Foundation and Calguns Foundation remain unresolved. Additionally, another individual, Brett Stewart, would also like to join the litigation owing to Defendants' denial of his application for a permit to carry a handgun for self-defense.

By this motion, Plaintiffs seek leave to file a second amended complaint, attached hereto as Exhibit A, which (1) deletes Plaintiffs Sykes and Witham, and Defendants Sacramento County and John McGinness; (2) deletes the claims specific to the Sacramento defendants; (3) adds Plaintiff Brett Stewart, and (4) makes technical and conforming changes. The basic claims and theories against Defendants, and the nature of the relief sought, remain unchanged. Defendants have consented to this motion.

ARGUMENT

Rule 15's provision that leave to amend "shall be freely given when justice so requires" establishes a "strong policy permitting amendment . . . subject to the qualification that the amendment not cause undue prejudice to the defendant, is not sought in bad faith, and is not futile." *Bowles* v. *Reade*, 198 F.3d 752, 757 (9th Cir. 1999) (citations omitted).

By this standard, the motion should be granted. Defendants Yolo and Prieto have only answered the previous complaint but otherwise no litigation activity has occurred among the remaining parties,, and no new legal theories are set out by the proposed amendment. The amendment is not sought in bad faith, would cause no prejudice, and is not futile, as the Court has not addressed the litigation's merits.  The amendment would, however, save Plaintiff Stewart from filing a separate complaint, which would then be related to this case, achieving the same end result. Not surprisingly, Defendants consent to this technical motion.

## CONCLUSION

Plaintiffs respectfully pray that the motion be granted and that their Second Amended Complaint be deemed filed.

Dated: October 22, 2010                                 Respectfully submitted,

| | |
|---|---|
| Donald E.J. Kilmer, Jr. (Calif. Bar No. 179986) | Alan Gura (Calif. Bar No. 178221) |
| Law Offices of Donald Kilmer, A.P.C. | Gura & Possessky, PLLC |
| 1645 Willow Street, Suite 150 | 101 N. Columbus St., Suite 405 |
| San Jose, CA 95125 | Alexandria, VA 22314 |
| 408.264.8489/Fax 408.264.8487 | 703.835.9085/Fax 703.997.7665 |
| E-Mail: Don@DKLawOffice.com | |
| By: /s/Donald E.J. Kilmer, Jr./ | By: /s/Alan Gura/ |
| Donald E.J. Kilmer, Jr. | Alan Gura |
| | Attorneys for Plaintiffs |