IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Adam Richards, et al., | ) | Case No. 2:09-cv-01235-MCE-KJM |
| | ) | |
| Plaintiffs, | ) | [PROPOSED] ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| Ed Prieto, et al., | ) | |
| | ) | |
| Defendants. | ) | |

[PROPOSED] ORDER

This matter came before the Court on Plaintiffs' consent motion for leave to amend the complaint.

The motion is GRANTED. The Second Amended Complaint submitted as Exhibit A is hereby deemed filed this date.

SO ORDERED.

This the ____ day of _____, 2010

_____
The Hon. Morrison C. England, Jr.
United States District Judge