1  SERENA M. SANDERS, ESQ., SBN 264799
   **ANGELO, KILDAY & KILDUFF**
2  Attorneys at Law
3  601 University Avenue, Suite 150
   Sacramento, CA  95825
4  Telephone:  (916) 564-6100
   Telecopier:  (916) 564-6263
5
6  Attorneys for Defendants
   YOLO COUNTY and SHERIFF ED PRIETO
7

8              **UNITED STATES DISTRICT COURT**

9              **EASTERN DISTRICT OF CALIFORNIA**

10
    DEANNA SYKES, et al.            )   Case No.: 2:09-CV-01235-MCE-KJM
11                                   )
                       Plaintiff,    )
12                                   )   **DESIGNATION OF COUNSEL**
             vs.                     )
13                                   )
                                     )
14  JOHN MCGINNESS, et al.,          )
                                     )
15                     Defendants.   )
16  _____  )

17

18  TO THE COURT AND ALL PARTIES:

19       Please take notice that Serena M. Sanders of the law firm of Angelo, Kilday & Kilduff

20  hereby enters an appearance on behalf of Defendants Yolo County and Sheriff Ed Prieto in the

21  above entitled action.  Please be aware that J. Scott Smith is no longer with the law firm of

22  Angelo, Kilday & Kilduff and should not be noticed as counsel of record for Defendants.

23  Counsel of record for Defendants is as follows:

24              Serena M. Sanders, Esq., SBN 264799
                Angelo, Kilday & Kilduff
25              601 University Avenue, Suite 150
                Sacramento, CA  95825
26              Telephone:    (916) 564-6100
                Facsimile:    (916) 564-6263
27
28

1     Accordingly, we respectfully request that the Court terminate the name of J. Scott Smith
2 from the service list in this case.

4   Dated:  November 2, 2010                    ANGELO, KILDAY & KILDUFF

*/s/ Serena M. Sanders*
By:_____
   SERENA M. SANDERS
   Attorneys for Defendants YOLO
   COUNTY and SHERIFF ED PRIETO