Alan Gura (Calif. Bar No. 178221)
Gura & Possessky, PLLC
101 N. Columbus St., Suite 405
Alexandria, VA 22314
703.835.9085/Fax 703.997.7665

Donald E.J. Kilmer, Jr. (Calif. Bar No. 179986)
Law Offices of Donald Kilmer, A.P.C.
1645 Willow Street, Suite 150
San Jose, CA 95125
408.264.8489/Fax 408.264.8487

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Adam Richards, et al.,        )<br>                               )<br>        Plaintiffs,           )<br>                               )<br>        v.                     )<br>                               )<br> Ed Prieto, et al.,            )<br>                               )<br>        Defendants.            )<br>_____) | Case No. 2:09-cv-01235-MCE-KJM<br><br>STIPULATION and ORDER<br>FOR FILING<br>SECOND AMENDED COMPLAINT |

The Defendants COUNTY OF SACRAMENTO and Sheriff McGINNESS have been dismissed by a prior filing.

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that the Plaintiffs may file a Second Amended Complaint, a copy of which is attached hereto.

IT IS FURTHER STIPULATED by and between the parties hereto through their respective attorneys of record that the Plaintiffs may electronically file the Second Amended Complaint.

IT IS FURTHER STIPULATED by and between the parties that Defendants reserve all defenses.

IT IS FURTHER STIPULATED by and between the parties that Plaintiffs' Motion to Amend, currently set for December 16, 2010 at 2:00 p.m. is vacated.

**SO STIPULATED**.

Dated: October 27, 2010

| | |
|---|---|
| Donald E.J. Kilmer, Jr. (Calif. Bar No. 179986) | Alan Gura (Calif. Bar No. 178221) |
| Law Offices of Donald Kilmer, A.P.C. | Gura & Possessky, PLLC |
| 1645 Willow Street, Suite 150 | 101 N. Columbus St., Suite 405 |
| San Jose, CA 95125 | Alexandria, VA 22314 |
| 408.264.8489/Fax 408.264.8487 | 703.835.9085/Fax 703.997.7665 |
| E-Mail: Don@DKLawOffice.com | |
| By: /s/Donald E.J. Kilmer, Jr./ | By: /s/Alan Gura/ |
| Donald E.J. Kilmer, Jr. | Alan Gura |
| | Attorneys for Plaintiffs |

Serena M. Sanders (Calif. Bar No. 264799)
Angelo, Kilday & Kilduff
601 University Avenue, Suite 150
Sacramento, CA 95825
916.564-6100/Fax 916.564-6263
E-Mail: Ssanders@akk-law.com

By: /s/ Serena M. Sanders
Attorney(s) for Defendants - Yolo County

**IT IS SO ORDERED.**

Dated: November 2, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE