1  John A. Lavra, SBN 114533
2  Jeri L. Pappone, SBN 210104
   Longyear, O'Dea and Lavra, LLP
3  3620 American River Drive, Suite 230
   Sacramento, Ca. 95864
4  Telephone: (916) 974-8500
   Fax No.: (916) 974-8510
5  Attorneys for COUNTY OF SACRAMENTO,
6  JOHN MCGINNESS

7  Alan Gura (Calif. Bar No. 178221)
   Gura & Possessky, PLLC
8  101 N. Columbus St., Suite 405
9  Alexandria, VA 22314
   703.835.9085
10 Fax 703.997.7665

11
   Donald E.J. Kilmer, Jr. (Calif. Bar No. 179986)
12 Law Offices of Donald Kilmer, A..P.C.
   1645 Willow Street, Suite 150
13 San Jose, CA 95125
   408.264.8489
14 Fax 408.264.8487
15 Attorneys for PLAINTIFFS

16
   Bruce Kilday, SBN  66415
17 Serena Sanders, SBN 264799
   Angelo, Kilday & Kilduff
18 601 University Ave. Suite 150
   Sacramento, CA 95825
19 (916) 564-6100
   Fax: (916) 564-6263
20 Attorneys for Defendants YOLO COUNTY
21 and ED PRIETO

22

23 **UNITED STATES DISTRICT COURT  EASTERN DISTRICT**

24 **OF CALIFORNIA SACRAMENTO DIVISION**

25

26

27

28

*Stipulation for Dismissal; [Proposed Order]*
*Page:   1*

| | |
|---|---|
| DEANNA SYKES, ANDREW WITHAM, ADAM RICHARDS, SECOND AMENDMENT FOUNDATION, INC., AND THE CALGUNS FOUNDATION, INC.<br><br>    Plaintiffs<br>v.<br><br>JOHN MCGINNESS, COUNTY OF SACRAMENTO, ED PRIETO, AND COUNTY OF YOLO<br><br>    Defendants. | CASE NO.  2:09-cv-01235-MCE-KJM<br><br>**STIPULATION FOR DISMISSAL; ORDER**<br><br><br>FRCP 41 |

The parties, by and through their respective counsel, hereby stipulate that this litigation shall be dismissed as to defendants COUNTY OF SACRAMENTO and SHERIFF JOHN McGINNESS only.  All other claims by Plaintiffs remain.  This dismissal includes all claims for relief and causes of action of any kind with respect to the COUNTY OF SACRAMENTO and JOHN McGINNESS, and the parties further stipulate that each party is to bear its own costs and attorneys' fees, if any.

Dated:  October 21, 2010          **LONGYEAR, O'DEA AND LAVRA, LLP**

                                                  */s/ Jeri L. Pappone*
                                      By:_____
                                            JOHN  LAVRA
                                            JERI PAPPONE
                                            Attorneys for County of Sacramento
                                             and John McGinness

Dated: October 21, 2010           **GURA & POSSESSKY, PLLC**

                                      By        */s/ Alan Gura*
                                            ALAN GURA
                                            Attorney for Plaintiffs

| | | |
|---|---|---|
| 1 | Dated: October 21, 2010 | **LAW OFFICES OF DONALD KILMER, A..P.C.** |
| 2 | | By      */s/ Donald E.J. Kilmer, Jr.* |
| 3 | | DONALD E.J. KILMER, JR.<br>Attorney for Plaintiffs |
| 5 | Dated: October 21, 2010 | **ANGELO, KILDAY & KILDUFF** |
| 7 | | By      */s/ Serena Sanders*<br>BRUCE KILDAY<br>SERENA SANDERS |
| 8 | | Attorneys for Defendants Yolo County<br>and Ed Prieto |

**ORDER**

IT IS SO ORDERED.

Dated: November 4, 2010

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE