BRUCE A. KILDAY, ESQ., SBN 066415
  Email: bkilday@akk-law.com
SERENA M. SANDERS, ESQ., SBN 264799
  Email: ssanders@akk-law.com
**ANGELO, KILDAY & KILDUFF**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendants
YOLO COUNTY and SHERIFF ED PRIETO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM RICHARDS, BRETT STEWART, SECOND AMENDMENT FOUNDATION, INC., and THE CALGUNS FOUNDATION, INC.,<br><br>              Plaintiffs,<br><br>      vs.<br><br>ED PRIETO and COUNTY OF YOLO<br><br>              Defendants. | Case No.: 2:09-CV-01235-MCE-KJM<br><br>**DEFENDANTS' ANSWER TO SECOND AMENDED COMPLAINT** |

   COMES NOW, Defendants Ed Prieto and the County of Yolo to hereby answer the Second Amended Complaint as follows:

**I.  ANSWER**

   1.   Defendants lack sufficient information upon which to admit or deny the allegations contained in paragraphs 1, 2, 3, and 4 of the Second Amended Complaint, and on that basis, those allegations are hereby denied.

   2.   Defendants admit the allegations contained in paragraph 5 of the First Amended Complaint.

1    3.    Defendants admit the allegation in paragraph 6 of the Second Amended Complaint that Defendant Ed Prieto is the elected Sheriff for the County of Yolo and has the duties and responsibilities of an elected Sheriff in California. However, Defendants deny the balance of the allegations contained in paragraph 6.

4.    Plaintiffs lack standing and none of Plaintiffs' claims are ripe for adjudication. Therefore, Defendants deny that subject matter jurisdiction is proper as Plaintiffs allege in paragraph 7 of the Second Amended Complaint.

5.    Defendants admit that if subject matter jurisdiction exists, venue would be proper in this Court as alleged in paragraph 8 of the Second Amended Complaint.

6.    Paragraphs 9, 10, 11, 12, and 13 of the Second Amended Complaint do not state factual allegations which are subject to admission or denial. These paragraphs contain exclusively legal arguments. Defendants deny those arguments.

7.    Defendants lack sufficient information to admit or deny the allegations contained in paragraph 14 of the Second Amended Complaint, and on that basis, those allegations are hereby denied.

8.    Paragraphs 15, 16, 17, and 18 state only legal conclusions and do not allege any facts as they simply purport to interpret the meaning and effect of California Penal Code sections regarding firearm carrying permits. To the extent that there are allegations concerning how some municipalities interpret those laws, Defendants lack sufficient information or belief to admit or deny such allegations, and on that basis, those allegations are denied.

9.    Defendants lack sufficient information or belief upon which to admit or deny the allegations contained in paragraphs 19, 20, and 21 of the Second Amended Complaint, and on that basis, those allegations are hereby denied.

10.   Defendant's lack sufficient information or belief upon which to admit or deny the allegations contained in paragraphs 22 and 23 of the Second Amended Complaint, and on that basis, those allegations are hereby denied.

11.   Defendant's lack sufficient information or belief upon which to admit or deny the allegations contained in paragraphs 25, 26, and 28 of the Second Amended Complaint, and on

that basis, those allegations are hereby denied.

12. Answering paragraphs 24 and 27, these Defendants incorporate the previous responses to the paragraphs cited therein.

## II. AFFIRMATIVE DEFENSES

As and for separate and distinct affirmative defenses, Defendants allege as follows:

### FIRST AFFIRMATIVE DEFENSE

### (Failure to State Sufficient Facts to Constitute a Claim)

Plaintiffs' First Amended Complaint fails to state sufficient facts upon which a claim for declaratory, injunctive, or other relief may be stated as against Defendants.

### SECOND AFFIRMATIVE DEFENSE

### (Standing)

As and for a separate and distinct affirmative defense, Defendants allege that this Court is without jurisdiction pursuant to Article III of the United States Constitution in that Plaintiffs do not have standing to prosecute an actual case of controversy against Defendants, and that the Plaintiffs are further barred under prudential standing principles from prosecuting this lawsuit.

### THIRD AFFIRMATIVE DEFENSE

### (Ripeness)

As and for a separate and distinct affirmative defense, Defendants allege that none of the claims are ripe for adjudication because Plaintiff Richards has never applied for and been denied a weapons carrying permit by Defendants and it is not alleged that Plaintiff Stewart, nor any member of the organization Plaintiffs, has completed the required firearm safety and training course and passed the criminal background check necessary to obtain a concealed weapons license.

WHEREFORE, Defendants pray relief as follows:

1. That judgment be entered in their favor, and that the action be dismissed with prejudice;

2. That no injunctive, declaratory, or other relief be entered in favor of Plaintiffs as against Defendants;

3. For costs of suit, including reasonable attorneys' fees; and

4. For such further relief as the Court may deem just and proper.

Dated: November 18, 2010                    ANGELO, KILDAY & KILDUFF

                                            */s/ Serena M. Sanders*
                                            By:_____
                                            SERENA M. SANDERS
                                            Attorneys for Defendants YOLO
                                            COUNTY and SHERIFF ED PRIETO

## DEMAND FOR JURY TRIAL

Defendants reserve the right to demand a jury trial should the complaint be amended to add any claims that could appropriately be brought before a jury.

Dated: November 18, 2010                    ANGELO, KILDAY & KILDUFF

                                            */s/ Serena M. Sanders*
                                            By:_____
                                            SERENA M. SANDERS
                                            Attorneys for Defendants YOLO
                                            COUNTY and SHERIFF ED PRIETO