IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ADAM RICHARDS, ET AL.** | CASE: **2:09−CV−01235−MCE −DAD (TEMP)** |
| vs. | |
| **ED PRIETO, ET AL.** | ORDER OF REASSIGNMENT |

    Due to the elevation of Magistrate Judge Kimberly J. Mueller to the position of United States District Judge, the court finds the necessity to assign a magistrate judge temporarily to the above captioned case until a new magistrate judge is appointed.

    IT IS THEREFORE ORDERED that:

    The above captioned case shall be and is hereby **temporarily reassigned** to Magistrate Judge Dale A. Drozd for further proceedings until a new magistrate judge is appointed. The new case number for this action, which must be used on all documents filed with the court, is:

**2:09−CV−01235−MCE −DAD (TEMP)**

    All dates currently set in this reassigned action shall remain pending subject to further order of the court.

    DATED: January 6, 2011

**ANTHONY W. ISHII**, CHIEF
U.S. DISTRICT COURT JUDGE