Alan Gura (Calif. Bar No. 178221)
Gura & Possessky, PLLC
101 N. Columbus St., Suite 405
Alexandria, VA 22314
703.835.9085/Fax 703.997.7665

Donald E.J. Kilmer, Jr. (Calif. Bar No. 179986)
Law Offices of Donald Kilmer, A.P.C.
1645 Willow Street, Suite 150
San Jose, CA 95125
408.264.8489/Fax 408.264.8487

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Adam Richards, et al., | Case No. 2:09-CV-01235-MCE-KJM |
| Plaintiffs, | DECLARATION OF PLAINTIFF BRETT STEWART IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT |
| v. | |
| Ed Prieto, et al., | Fed. R. Civ. Proc. 56 |
| Defendants. | |

I, Brett Stewart, am competent to state, and declare the following based on my personal knowledge:

1. I am a law abiding resident of Yolo County.
2. I am authorized and qualified under Federal and State law to purchase and possess firearms.
3. I seek to exercise my Second Amendment right to carry a handgun for personal protection. I seek a handgun carry permit so that I might protect myself and my family. However, I have received no threats of violence and I'm unaware of any specific threat to me or my family.
4. On January 31, 2010, I completed the basic course required to obtain a concealed handgun carry permit. Exhibit C is a true and correct copy of my training certificate.

5. On March 17, 2010, I applied to Davis Police Chief Lanny Black for a permit to carry a handgun. On March 18, 2010, Black denied my application for a permit to carry a handgun, stating that for budgetary reasons his department no longer processes handgun carry permit applications, and suggested that I seek a permit from Sheriff Prieto.

6. On March 23, 2010, I applied to Sheriff Prieto for a permit to carry a handgun. On April 27, 2010, I was informed that my application was denied, because "the reasons listed in your application do not meet the criteria in our policy." Exhibit D is a true and correct copy of the letter I received from Sheriff Prieto denying my application for a handgun carry license.

7. I fear arrest, prosecution, fines and imprisonment were I to carry a handgun without a permit. But for the lack of a permit to do so, I would carry a handgun in public for self-defense.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12th day of January, 2011

_Brett Stewart_