Alan Gura (Calif. Bar No. 178221)
Gura & Possessky, PLLC
101 N. Columbus St., Suite 405
Alexandria, VA 22314
703.835.9085/Fax 703.997.7665

Donald E.J. Kilmer, Jr. (Calif. Bar No. 179986)
Law Offices of Donald Kilmer, A.P.C.
1645 Willow Street, Suite 150
San Jose, CA 95125
408.264.8489/Fax 408.264.8487

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| Adam Richards, et al., | ) Case No. 2:09-CV-01235-MCE-KJM |
|---|---|
| Plaintiffs, | ) DECLARATION OF JULIANNE VERSNEL IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT |
| v. | ) |
| Ed Prieto, et al., | ) Fed. R. Civ. Proc. 56 |
| Defendants. | ) |

I, Julianne Versnel, am competent to state, and declare the following based on my personal knowledge:

1.   I am the Director of Operations for the Second Amendment Foundation, Inc. ("SAF").

2.   SAF is a non-profit membership organization incorporated under the laws of Washington with its principal place of business in Bellevue, Washington. SAF has over 650,000 members and supporters nationwide, including many in California. The purposes of SAF include promoting the exercise of the right to keep and bear arms; and education, research, publishing and legal action focusing on the Constitutional right to privately own and possess firearms, and the consequences of gun control.

1    3.  SAF expends its resources encouraging exercise of the right to bear arms, and advising and educating their members, supporters, and the general public about the policies with respect to the public carrying of handguns in California, including in Yolo County. The issues raised by, and consequences of, Defendants' policies, are of great interest to SAF's constituency. Defendants' policies regularly cause the expenditure of resources by SAF as people turn to it for advice and information.

4.  Defendants' policies bar SAF's members and supporters from obtaining permits to carry handguns.

5.  SAF's members and supporters regularly carry functional handguns in public for self-defense where allowed. SAF's members and supporters in Yolo County would do so, but refrain from doing so because they fear arrest, prosecution, fine, and imprisonment for lack of a license to carry a handgun.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this the 13 day of January, 2011.

_____
Julianne Versnel