# CERTIFICATE OF COMPLETION

*This certifies that*

## Adam Richards

*has successfully completed the eight hour Yolo County*

## CCW Legal Update Class & Range Qualification

*at*

### CORDOVA SHOOTING CENTER
11551 Douglas Road, Rancho Cordova, CA 95742

_____
Instructor

April 25, 2009
Date

---

Make: SPRINGFIELD ARMORY
Model: 1911-A1
Caliber: 45 ACP
S/N: NM6495
Score: 293/300

Make: Glock 23
Model: 23
Caliber: 40
S/N: CbL022US
Score: 295/300

Make: Ruger
Model: SP101
Caliber: .38 special
S/N: 570-35204
Score: 290/300