

# California Security Training Academy

6130 Freeport Boulevard, Suite 202; Sacramento, California 95822   (916) 399-2010

## Certificate of Completion

This is to certify that

## BRETT R. STEWART

has successfully completed the

### CONCEALED WEAPONS COURSE (16 HOURS)

MAKE: Glock   CALIBER: .45   MODEL: 21 Lugar   SERIAL NUMBER: LET285

Date of Completion: January 31, 2010

Academy Administrator: _____   Instructor: _____

BUREAU FOR PRIVATE POSTSECONDARY & VOCATIONAL EDUCATION SCHOOL #3402941
STATE OF CALIFORNIA DEPARTMENT OF CONSUMER AFFAIRS
BUREAU OF SECURITY AND INVESTIGATIVE SERVICES (B.S.I.S. # 348)
CERTIFICATION # FQ1001-040