

# Yolo County Sheriff's Department

2500 East Gibson Road, Woodland, CA 95776

(530) 668-5280      Fax (530) 668-5238      (916) 375-6493

---

**E. G. Prieto**
*Sheriff - Coroner*

*Tom A. Lopez*
*Undersheriff*

**Administration**
*(530) 668-5280*
*Finance*
*Personnel*
*Planning & Research*

**Cameron Training Facility**
*Commissary*
*Inmate Education*
*Inmate Programs*
*Inmate Training*

**Coroner's Section**
*(530) 668-5292*

**Field Operations**
*(530) 668-5280*
*Civil*
*Community Resources*
*Crime Prevention*
*Department Training*
*Investigations*
*Marine Patrol*
*Patrol*
*Search & Rescue*
*Aero Squadron*
*Cadets*
*Posse*
*Reserves*
*STARS*

**Animal Services**
*(530) 668-5287*

**Leinberger Detention**
*(530) 668-5254*
*Corrections*
*Inmate Work Programs*

**Monroe Detention**
*(530) 668-5245*
*Court Services*
*Corrections*
*Food Services*
*Records*
*Transportation*

April 27, 2010

Brett R. Stewart
4200 San Jeronimo Terrace
Davis, CA  95618

Re:  Concealed Weapon Application

Dear Mr. Stewart,

Your request for a concealed Weapons License from the Yolo County Sheriff's Department has been **denied.**

Recent events have caused the department to review and update our policy regarding issuing licenses to carry a concealed weapon (CCW). The new policy better defines the criteria needed to obtain and carry such a license. After reviewing your application, it is determined that the reasons listed on your application do not meet the criteria in our policy.

If your circumstances change and you wish to re-apply you may do so.

Sincerely,

E. G. PRIETO
SHERIFF/CORONER

Kurt Zeiler
Sergeant

KZ:am

*"Service Without Limitations"*