```
Alan Gura (Calif. Bar No. 178221)
Gura & Possessky, PLLC
101 N. Columbus St., Suite 405
Alexandria, VA 22314
703.835.9085/Fax 703.997.7665

Donald E.J. Kilmer, Jr. (Calif. Bar No. 179986)
Law Offices of Donald Kilmer, A.P.C.
1645 Willow Street, Suite 150
San Jose, CA 95125
408.264.8489/Fax 408.264.8487
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Adam Richards, et al., | Case No. 2:09-CV-01235-MCE-KJM |
| Plaintiffs, | DECLARATION OF GENE HOFFMAN, JR. IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT |
| v. | |
| Ed Prieto, et al., | Fed. R. Civ. Proc. 56 |
| Defendants. | |

I, Gene Hoffman, Jr., am competent to state, and declare the following based on my personal knowledge:

1. I am the Chairman of the Calguns Foundation, Inc. ("CGF").

2. The Calguns Foundation, Inc. is a non-profit organization incorporated under the laws of California with its principal place of business in Redwood City, California. The purposes of CGF include supporting the California firearms community by promoting education for all stakeholders about firearm laws, rights and privileges, and securing the civil rights of California gun owners, who are among its members and supporters.

1  3.  CGF expends its resources encouraging exercise of the right to bear arms, and advising and educating their members, supporters, and the general public about the policies with respect to the public carrying of handguns in California, including in Yolo County. The issues raised by, and consequences of, Defendants' policies, are of great interest to CGF's constituency. Defendants' policies regularly cause the expenditure of resources by CGF as people turn to it for advice and information.

4.  Defendants' policies bar CGF's members and supporters from obtaining permits to carry handguns.

5.  CGF's members and supporters regularly carry functional handguns in public for self-defense where allowed. CGF's members and supporters in Yolo County would do so, but refrain from doing so because they fear arrest, prosecution, fine, and imprisonment for lack of a license to carry a handgun.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this the 12th day of January, 2011.

_____
Gene Hoffman, Jr.