

# CERTIFICATE OF COMPLETION

This certifies that

## Adam Richards

has successfully completed the eight hour Yolo County

## CCW Legal Update Class & Range Qualification

at

**CORDOVA SHOOTING CENTER**
11551 Douglas Road, Rancho Cordova, CA 95742

_____
Instructor

April 25, 2009
Date

---

Make: SPRINGFIELD ARMORY
Model: 1911-A1
Caliber: 45 ACP
S/N: NM64495
Score: 293/300

Make: GLOCK
Model: 23
Caliber: 40
S/N: CWL022115
Score: 295/300

Make: Ruger
Model: SP101
Caliber: 38 special
S/N: 570-35204
Score: 290/300