SERENA M. SANDERS, ESQ, SBN 264799
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendants
YOLO COUNTY and SHERIFF ED PRIETO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| ADAM RICHARDS, et al. | ) Case No.: 2:09-cv-01235-MCE-DAD (TEMP) |
|---|---|
| Plaintiffs, | ) **STIPULATION FOR EXTENSION OF TIME TO RESPOND AND CORRESPONDING CHANGES TO BRIEFING SCHEDULE** |
| vs. | |
| ED PRIETO, et al., | |
| Defendants. | ) Date:  February 10, 2011<br>) Time:  2:00 p.m.<br>) Dept:  7, 14th Floor<br>) Judge: Morrison C. England, Jr.<br>) Trial Date:  None<br>) Action Filed: May 5, 2009 |

　　　　WHEREAS, the Plaintiffs in the above entitled case have filed their Motion for Summary Judgment which is scheduled to be heard on February 10, 2011;

　　　　WHEREAS, the Defendants are planning to file a cross-Motion for Summary Judgment;

　　　　WHEREAS, the parties agree that convenience and judicial economy will be served by having both motions considered by this Court together;

　　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record as follows:

　　　　1.　　　The date on or before which Defendants Sheriff Ed Prieto and the County of Yolo shall file an opposition to Plaintiff's Motion for Summary Judgment is hereby extended to

1  February 3, 2011, at which time Defendants will also file their cross-Motion for Summary
2  Judgment to be heard on February 10, 2011.
3        2.    Plaintiffs hereby waive their right to receive 28 days notice of Defendant's
4  Motion for Summary Judgment prior to the hearing provided by Eastern District Local Rule 230
5  and Federal Rules of Civil Procedure, Rule 78.
6        3.    The date on or before which Plaintiffs shall file their Opposition to Defendants'
7  Motion for Summary Judgment and Reply to Defendants' Opposition to Plaintiffs' Motion for
8  Summary Judgment is hereby extended to February 7, 2011.
9        4.    The date on or before which Defendants shall file their Reply to Plaintiff's
10 Opposition to Defendant's Motion for Summary Judgment is hereby extended to February 8,
11 2011.

**IT IS SO STIPULATED**

Dated:  January 24, 2011              ANGELO, KILDAY & KILDUFF, LLP

                                              */s/ Serena M. Sanders*
                                      By:_____
                                          SERENA M. SANDERS
                                          Attorneys for Defendants YOLO
                                          COUNTY and SHERIFF ED PRIETO


Dated:  January 24, 2011              GURA & POSSESSKY, PLLC

                                              */s/ Alan Gura*
                                      By:_____
                                          ALAN GURA
                                          Attorneys for Plaintiffs ADAM
                                          RICHARDS; BRETT STWEART;
                                          SECOND AMENDMENT
                                          FOUNDATION, INC.; and THE
                                          CALGUNS FOUNDATION, INC.

1  **IT IS SO ORDERED**

3   Dated: _____, 2011

_____
MORRISON C. ENGLAND
UNITED STATES DISTRICT JUDGE