1  BRUCE A. KILDAY, ESQ., SBN 066415
    Email:  bkilday@akk-law.com
2  PETER D. HALLORAN, ESQ., SBN 184025
    Email:  phalloran@akk-law.com
3  SERENA M. SANDERS, ESQ., SBN 264799
    Email:  ssanders@akk-law.com
4
   **ANGELO, KILDAY & KILDUFF, LLP**
5  Attorneys at Law
   601 University Avenue, Suite 150
6  Sacramento, CA  95825
   Telephone:  (916) 564-6100
7  Telecopier:  (916) 564-6263

8
   Attorneys for Defendants
9  YOLO COUNTY and SHERIFF ED PRIETO

10

11              **UNITED STATES DISTRICT COURT**

12            **EASTERN DISTRICT OF CALIFORNIA**

13

| | |
|---|---|
| 14  ADAM RICHARDS, BRETT STEWART, SECOND AMENDMENT FOUNDATION, INC., and THE CALGUNS FOUNDATION, INC., | )  Case No.:2:09-CV-01235-MCE-DAD (Temp)<br><br>)<br>)  **NOTICE OF MOTION AND MOTION**<br>)  **FOR SUMMARY JUDGMENT OR**<br>)  **ALTERNATIVELY FOR SUMMARY** |
| 16 | )  **ADJUDICATION** |
| 17                          Plaintiffs, | )<br>) |
| 18            vs. | )  **Date:          March 10, 2011**<br>)  **Time:            2:00 p.m.** |
| 19  ED PRIETO and COUNTY OF YOLO | )  **Courtroom:  7, 14th Floor**<br>)  **Judge: Morrison C. England, Jr.** |
| 20                         Defendants. | )<br>) |
| 21 | )  Trial Date:  None |
| 22 | ) |

23        Please take notice that on March 10, 2011 at 2:00 p.m., or as soon thereafter as the matter

24  may be heard, in Courtroom 7 of the above entitled Court, Defendants YOLO COUNTY and

25  SHERIFF ED PRIETO will, and hereby do, move for entry of summary judgment in its favor

26  against Plaintiffs ADAM RICHARDS, BRETT STEWART, SECOND AMENDMENT

27  FOUNDATION, INC., and THE CALGUNS FOUNDATION, INC.   In the alternative,

28  Defendants seek to have summary adjudication entered in their favor as to each of the claims for

---
                                        1
           NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT/ADJUDICATION
{00047541}

1   relief asserted by Plaintiffs in their Second Amended Complaint.

2          This motion is made on the grounds that the undisputed facts demonstrate that

3   Defendants did not violate any applicable provision of federal or state law.

4          The motion will be based upon this Notice of Motion and Motion, the accompanying

5   Memorandum of Points and authorities filed herewith, the accompanying Request for Judicial

6   Notice, the accompanying Declaration of Undersheriff Thomas Lopez, the complete file and

7   record of this action, as well as upon such further oral and documentary evidence as may be

8   presented at or before the time of hearing.

9

10   Dated: February 10, 2011                    ANGELO, KILDAY & KILDUFF, LLP

11                                                    */s/ Serena M. Sanders*

12                                               By:_____
                                                     SERENA M. SANDERS
13                                                   Attorneys for Defendants YOLO
                                                     COUNTY and SHERIFF ED PRIETO
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT/ADJUDICATION
{00047541}