BRUCE A. KILDAY, ESQ., SBN 066415
 Email: bkilday@akk-law.com
PETER D. HALLORAN, ESQ., SBN 184025
 Email: phalloran@akk-law.com
SERENA M. SANDERS, ESQ., SBN 264799
 Email: ssanders@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Ave. Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendants YOLO COUNTY and SHERIFF ED PRIETO

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| ADAM RICHARDS, BRETT STEWART, SECOND AMENDMENT FOUNDATION, INC., and THE CALGUNS FOUNDATION, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>ED PRIETO and COUNTY OF YOLO<br><br>Defendants. | Case No.:2:09-CV-01235-MCE-DAD (Temp)<br><br>**DEFENDANTS YOLO COUNTY AND ED PRIETO'S STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF DEFENDANTS' COUNTER-MOTION FOR SUMMARY JUDGMENT**<br><br>Date:         **March 10, 2011**<br>Time:         **2:00 p.m.**<br>Courtroom:  **7, 14th Floor**<br>Judge: **Morrison C. England, Jr.**<br><br>Trial Date:  None |
|---|---|

Defendants respond to Plaintiffs' Statement of Undisputed Facts as follows:

| **UNDISPUTED FACT:** | **SUPPORTING EVIDENCE:** |
|---|---|
| 1.   The Yolo County Sheriff's Department publishes the criteria it applies for the issuance of concealed weapons permits. | 1.   See accompanying Declaration of Undersheriff Thomas Lopez ("Lopez Decl.") at ¶ 4 at Exh. 1 thereto.  See also Plaintiffs' Exh. A. |

1
DEFENDANTS YOLO COUNTY AND ED PRIETO'S STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF DEFENDANTS' COUNTER-MOTION FOR SUMMARY JUDGMENT

{00047920}

| **UNDISPUTED FACT:** | **SUPPORTING EVIDENCE:** |
|---|---|
| 2. Yolo County's published criteria for issuance of concealed weapons permits specify that an applicant must show good cause for the issuance of a concealed weapons permit. Examples of good cause include: victims of violent crime and/or documented threats of violence; business owners who carry large sums of cash or valuable items; and business owners who work all hours in remote areas and are likely to encounter dangerous people and situations. | 2. *Id.* |
| 3. Yolo County's published criteria for issuance of concealed weapons permits also contain a list of what does not constitute good cause to carry a concealed firearm which includes: "self protection and protection of family (without credible threats of violence.)" | 3. *Id.* |
| 4. The purpose for the Yolo County Sheriff's concealed weapon permit policy is to protect against gun violence as well as to protect officers conducting law enforcement operations. | 4. Lopez Decl. at ¶¶6-12. |
| 5. In March 2009, Plaintiff Richards contacted the Yolo County Sheriff's office to inquire about the process for obtaining a permit to carry a handgun. He asserts that he was advised that his desire to carry a concealed weapon for self-defense without more would not constitute "good cause" for the issuance of the permit. | 5. See Richards Declaration in support of Plaintiffs' Motion for Summary Judgment ("Richards Decl.") at ¶4. |
| 6. Richards acknowledges that he has received no threats of violence and is unaware of any specific threat to him or his family. | 6. Richards Decl. at ¶3, SAC ¶¶ 19, 22. |
| 7. On March 23, 2010, Plaintiff Stewart applied to the Yolo County Sheriff for a permit to carry a concealed weapon. On April 27, 2010, Stewart was informed that his application was denied, because "the reasons listed in your application do not meet the criteria in our policy." | 7. See Stewart Declaration in support of Plaintiffs' Motion for Summary Judgment ("Stewart Decl.") at ¶6. |

2
DEFENDANTS YOLO COUNTY AND ED PRIETO'S STATEMENT OF UNDISPUTED FACTS IN SUPPORT
OF DEFENDANTS' COUNTER-MOTION FOR SUMMARY JUDGMENT

{00047920}

| UNDISPUTED FACT: | SUPPORTING EVIDENCE: |
|---|---|
| 8. Stewart acknowledges that he has received no threats of violence and is unaware of any specific threat to him or his family. | 8. Stewart Decl. at ¶3; SAC ¶¶ 19, 22. |
| 9. Plaintiff, the Second Amendment Foundation, Inc. ("SAF") is a non-profit membership organization with the purpose of researching, publishing and legal action focusing on the Constitutional right to privately own and possess firearms. | 9. Versnel Declaration in support of Plaintiffs' Motion for Summary Judgment at ¶ 2. |
| 10. The Calguns Foundation, Inc., is a non-profit organization whose purpose includes supporting the California firearms community by providing education for all stakeholders about firearm laws, rights and privileges, and securing the civil rights of California gun owners, who are among its members and supporters. | 10. See Hoffman Declaration in support of Plaintiffs' Motion for Summary Judgment at ¶2. |

Dated:  February 10, 2011

ANGELO, KILDAY & KILDUFF, LLP

*/s/ Serena M. Sander*
By:_____
SERENA M. SANDERS
Attorneys for Defendants YOLO COUNTY and SHERIFF ED PRIETO

3
DEFENDANTS YOLO COUNTY AND ED PRIETO'S STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF DEFENDANTS' COUNTER-MOTION FOR SUMMARY JUDGMENT

{00047920}