BRUCE A. KILDAY, ESQ., SBN 066415
 Email: bkilday@akk-law.com
PETER D. HALLORAN, ESQ., SBN 184025
 Email: phalloran@akk-law.com
SERENA M. SANDERS, ESQ., SBN 264799
 Email: ssanders@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendants
YOLO COUNTY and SHERIFF ED PRIETO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM RICHARDS, BRETT STEWART, SECOND AMENDMENT FOUNDATION, INC., and THE CALGUNS FOUNDATION, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> ED PRIETO and COUNTY OF YOLO <br><br> Defendants. | Case No.:2:09-CV-01235-MCE-DAD (Temp) <br><br> **DEFENDANTS' REQUEST FOR JUDICIAL NOTICE** <br><br> Date:       March 10, 2011 <br> Time:      2:00 p.m. <br> Courtroom:  7, 14th Floor <br> Judge: Morrison C. England, Jr. <br><br> Trial Date:  None |

   Defendants Ed Prieto and the County of Yolo hereby request pursuant to Federal Rule of Evidence 201 and Federal Rule of Civil Procedure 44 and 44.1 that this Court take judicial notice of the following document which was filed on October 4, 2010 in the Federal District Court for the Southern District of California in the case *Peruta, et al. v. County of San Diego, et al.* (USSD No. 09-CV-2371-IEG.

   1.   The Declaration of Franklin E. Zimring in Support of Defendant's Motion for

1 | Summary Judgment.

3 | Dated: February 10, 2011           ANGELO, KILDAY & KILDUFF, LLP

*/s/ Serena M. Sanders*
By:_____
SERENA M. SANDERS
Attorneys for Defendants YOLO
COUNTY and SHERIFF ED PRIETO