Alan Gura (Calif. Bar No. 178221)
Gura & Possessky, PLLC
101 N. Columbus St., Suite 405
Alexandria, VA 22314
703.835.9085/Fax 703.997.7665

Donald E.J. Kilmer, Jr. (Calif. Bar No. 179986)
Law Offices of Donald Kilmer, A.P.C.
1645 Willow Street, Suite 150
San Jose, CA 95125
408.264.8489/Fax 408.264.8487

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| Adam Richards, et al., | ) | Case No. 2:09-cv-01235-MCE-DAD (TEMP) |
|---|---|---|
| Plaintiffs, | ) | PLAINTIFFS' RESPONSE TO DEFENDANTS' STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT. |
| v. | ) | |
| Ed Prieto, et al., | ) | |
| Defendants. | ) | Date:  March 10, 2011<br>Time:  2:00 p.m.<br>Courtroom 7 |

Plaintiffs respond to Defendants' Statement of Undisputed Facts as follows:

| **Undisputed Fact** | **Plaintiffs' Response** |
|---|---|
| 1. The Yolo County Sheriff's Department publishes the criteria it applies for the issuance of concealed weapons permits. | 1. Plaintiffs admit that this fact is undisputed. However, Plaintiffs contend that the criteria are inherently arbitrary and are not subject to being fully written. |
| 2. Yolo County's published criteria for issuance of concealed weapons permits specify that an applicant must show good cause for the issuance of a concealed weapons permit. Examples of good cause include: victims of violent crime and/or documented threats of violence; business owners who carry large sums of cash or valuable items; and business owners who work all hours in remote areas and are likely to encounter dangerous people and situations. | 2. Plaintiffs admit that this fact is undisputed. However, Plaintiffs contend that the criteria are inherently arbitrary. |

| | | | |
|---|---|---|---|
| 3. | Yolo County's published criteria for issuance of concealed weapons permits also contain a list of what does not constitute good cause to carry a concealed firearm which includes: "self protection and protection of family (without credible threats of violence.)" | 3. | Plaintiffs admit that this fact is undisputed. |
| 4. | The purpose for the Yolo County Sheriff's concealed weapon permit policy is to protect against gun violence as well as to protect officers conducting law enforcement operations. | 4. | Plaintiffs admit that Defendants have these opinions. |
| 5. | In March 2009, Plaintiff Richards contacted the Yolo County Sheriff's office to inquire about the process for obtaining a permit to carry a handgun. He asserts that he was advised that his desire to carry a concealed weapon for self-defense without more would not constitute "good cause" for the issuance of the permit. | 5. | Plaintiffs admit that this fact is undisputed. |
| 6. | Richards acknowledges that he has received no threats of violence and is unaware of any specific threat to him or his family. | 6. | Plaintiffs admit that this fact is undisputed. |
| 7. | On March 23, 2010, Plaintiff Stewart applied to the Yolo County Sheriff for a permit to carry a concealed weapon. On April 27, 2010, Stewart was informed that his application was denied, because "the reasons listed in your application do not meet the criteria in our policy." | 7. | Plaintiffs admit that this fact is undisputed. |
| 8. | Stewart acknowledges that he has received no threats of violence and is unaware of any specific threat to him or his family. | 8. | Plaintiffs admit that this fact is undisputed. |
| 9. | Plaintiff, the Second Amendment Foundation, Inc. ("SAF") is a non-profit membership organization with the purpose of researching, publishing and legal action focusing on the Constitutional right to privately own and possess firearms. | 9. | Plaintiffs admit that this fact is undisputed. |

| | |
|---|---|
| 10. The Calguns Foundation, Inc., is a non-profit organization whose purpose includes supporting the California firearms community by providing education for all stakeholders about firearm laws, rights and privileges, and securing the civil rights of California gun owners, who are among its members and supporters. | 10. Plaintiffs admit that this fact is undisputed. |

Dated: February 24, 2011

Respectfully submitted,

Donald E.J. Kilmer, Jr. (Calif. Bar No. 179986)
Law Offices of Donald Kilmer, A.P.C.
1645 Willow Street, Suite 150
San Jose, CA 95125
408.264.8489/Fax 408.264.8487
E-Mail: Don@DKLawOffice.com

Alan Gura (Calif. Bar No. 178221)
Gura & Possessky, PLLC
101 N. Columbus St., Suite 405
Alexandria, VA 22314
703.835.9085/Fax 703.997.7665

By: /s/ Donald E.J. Kilmer, Jr.
Donald E.J. Kilmer, Jr.

By: /s/ Alan Gura
Alan Gura

Attorneys for Plaintiffs