# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**ADAM RICHARDS, ET AL.,**

CASE NO: **2:09−CV−01235−MCE −DAD**

v.

**ED PRIETO, ET AL.,**

__XX__ −− **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 5/16/11**

**Victoria C. Minor**
Clerk of Court

ENTERED:  **May 16, 2011**

by: /s/ R. Matson
Deputy Clerk