Alan Gura (Calif. Bar No. 178221)
Gura & Possessky, PLLC
101 N. Columbus St., Suite 405
Alexandria, VA 22314
703.835.9085/Fax 703.997.7665

Donald E.J. Kilmer, Jr. (Calif. Bar No. 179986)
Law Offices of Donald Kilmer, A.P.C.
1645 Willow Street, Suite 150
San Jose, CA 95125
408.264.8489/Fax 408.264.8487

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Adam Richards, Brett Stewart, Second Amendment Foundation, Inc., and Calguns Foundation, Inc., | Case No. 2:09-cv-01235-MCE-DAD (TEMP) |
| Plaintiffs, | NOTICE OF APPEAL |
| v. | |
| Ed Prieto and County of Yolo, | |
| Defendants. | |

NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that the Plaintiffs, Adam Richards, Brett Stewart, Second Amendment Foundation, Inc., and The Calguns Foundation, Inc., plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the order and judgment denying plaintiffs' motion for summary judgment and granting defendants' motion for summary judgment, entered in this action on the 16th day of May, 2011 (Dkt. Nos. 72, 73).

Dated: May 16, 2011                                       Respectfully submitted,

Donald E.J. Kilmer, Jr. (Calif. Bar No. 179986)    Alan Gura (Calif. Bar No. 178221)
Law Offices of Donald Kilmer, A.P.C.               Gura & Possessky, PLLC
1645 Willow Street, Suite 150                      101 N. Columbus St., Suite 405
San Jose, CA 95125                                 Alexandria, VA 22314
408.264.8489/Fax 408.264.8487                      703.835.9085/Fax 703.997.7665
E-Mail: Don@DKLawOffice.com

By:  /s/ Donald E.J. Kilmer, Jr.             By:   /s/ Alan Gura
     Donald E.J. Kilmer, Jr.                       Alan Gura

                                                   Attorneys for Plaintiffs