REPRESENTATION STATEMENT

Pursuant to Ninth Circuit Rule 3.2, the following representation information is provided:

<u>Plaintiffs</u>:

Adam Richards
Brett Stewart
Second Amendment Foundation, Inc.
Calguns Foundation, Inc.

All plaintiffs are represented by:

Alan Gura
Gura & Possessky, PLLC
101 N. Columbus St., Suite 405
Alexandria, VA 22314
703.835.9085/Fax 703.997.7665

Donald E.J. Kilmer, Jr.
Law Offices of Donald Kilmer, A.P.C.
1645 Willow Street, Suite 150
San Jose, CA 95125
408.264.8489/Fax 408.264.8487

<u>Defendants</u>:

Ed Prieto
County of Yolo

All defendants are represented by:

Bruce A. Kilday
Peter D. Halloran
Serena M. Sanders
Angelo, Kilday & Kilduff, LLP
601 University Avenue, Suite 150
Sacramento, CA 95825
Telephone: (916) 564-6100
Telecopier: (916) 564-6263