UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

**ADAM RICHARDS, ET AL.,**
    Plaintiff

  v.                                   **CASE NO. 2:09−CV−01235−MCE −DAD**

**ED PRIETO, ET AL.,**
    Defendant

    You are hereby notified that a Notice of Appeal was filed on **May 16, 2011** in the above entitled case. Enclosed is a copy of the Notice of Appeal, pursuant to FRAP 3(d).

May 19, 2011

                              **VICTORIA C. MINOR**
                              **CLERK OF COURT**

                       **by:**  /s/ L. Mena−Sanchez

                              Deputy Clerk