UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

TO:   CLERK, U.S. COURT OF APPEALS

FROM:   CLERK, U.S. DISTRICT COURT

SUBJECT:   NEW APPEALS DOCKETING INFORMATION

CASE INFORMATION

| | |
|---|---|
| USDC Number: | **2:09–CV–01235–MCE –DAD** |
| USDC Judge: | **JUDGE MORRISON C. ENGLAND JR.** |
| USCA Number: | **NEW APPEAL** |
| Complete Case Title: | **ADAM RICHARDS vs. ED PRIETO** |
| Type: | **CIVIL** |
| Complaint Filed: | **5/5/2009** |
| Appealed Order/Judgment Filed: | **5/16/2011** |
| Court Reporter Information: | **Diane Shepard** |

FEE INFORMATION

**Fee Status: Paid on 5/16/2011 in the amount of $455.00**

Information prepared by: /s/  **L. Mena–Sanchez , Deputy Clerk**